*EXHIBIT "A"*

**Metropolitan Property and Casualty Insurance Company**
**V.I.P. Plus Homeowners Insurance Declarations**

2-2-05
ST 01

| | |
|---|---|
| **Policy Number:** 4232617270 | Page 1 of 2 |
| **Policy Term:** From 12-07-2003 to 12-07-2004, 12:01 A.M. Standard Time at the location of the property insured as stated in the policy. | **Duplicate Effective Date:** 12-07-2003 |
| | **Bill To:** Insured |
| **Named Insured:**<br>FRED D GRAY<br>1005 E LAKESHORE DR<br>TUSKEGEE        AL 36083 | |

**The residence premises covered by this policy is located at:**

1005 E LAKESHORE DR          TUSKEGEE        AL 36083

**Basic Policy Coverages:**

| | Limits | Premiums |
|---|---|---|
| A – Dwelling | $403,600 | $2823.00 |
| B – Private Structures | $80,720 | |
| C – Personal Property | $282,520 | |
| F – Personal Liability | $1,000,000 | $65.00 |
| G – Medical Payments to Others | | |
| Each Person | $1,000 | |
| Loss of Use | $100,900 | |

**Optional Coverages**

| | |
|---|---|
| 2 - Replacement Plus | Incl |
| 3 - Replacement Cost on Contents | Incl |
| 4 - Extended Coverage on Jewelry, Watches and Furs:<br>  $2000 per item/$4000 per occurrence | $36.00 |

**Current Annual Premium:**          $2924.00

---

**Deductible(s)**

$1000 deductible applies to each loss

---

**Forms and Endorsements:** 7082-000    H694A    H428    H432    H445    H208

This policy is hereby countersigned by:

RP/MS/1

THE FOREGOING INFORMATION WAS ACKNOWLEDGED BEFORE ME

THIS _____ BY _____

NOTARY: _____

Patricia L. Massie
Notary Public
In and for the State of Ohio
My Commission Expires

MetLife® Auto & Home is a brand of Metropolitan Property and Casualty Insurance Company and its Affiliates, Warwick, RI

MPL 1380-000

Printed in U.S.A. 0298

| | |
|---|---|
| **Policy Number:** 4232617270 | Page 2 of 2 |
| **Policy Term:** From 12-07-2003 to 12-07-2004, 12:01 A.M. Standard Time at the location of the property insured as stated in the policy. | **Duplicate Effective Date:** 12-07-2003 |
| | **Bill To:** Insured |

## Rating Information

Territory 34
Protection Class 6
Within 1000 ft of hydrant

Within 01 miles of
Fire Department
TUSKEGEE

1 Family
Built in 1982
Brick/Veneer Construction

## Messages

The cost of any coverage indicated as "Incl" is included in the Basic Policy Coverages premium amount.

This policy does not provide coverage for flood damage.

For service, call 800-422-4272

MetLife Auto & Home
P.O. Box 48020
Dayton, OH  45475

76G-072-1

For claims, see Claim Directory.

THE FOREGOING INFORMATION WAS ACKNOWLEDGED BEFORE ME

THIS _____ BY _____

NOTARY: _____



**Patricia L. Massie**
Notary Public
In and for the State of Ohio
My Commission Expires
01 2009

MetLife® Auto & Home is a brand of Metropolitan Property and Casualty Insurance Company and its Affiliates, Warwick, RI

MPL 1380-000

Printed in U.S.A. 0298

**Dayton Customer Service Center**
9797 Springboro Pike, Dayton, Ohio 45448

# **MetLife** Auto & Home

**This is to certify that the policy language contained in the attached is a true and accurate representation of the insurance policy and/or declarations page for** Fred O May

**Policy #** 4232617270 **as of** 2/10/04.

**Signed By:** Kathy Richards

**Notary:** Patricia L Massie

**Date:** 2/2/05



**Patricia L. Massie**
Notary Public
In and for the State of Ohio
My Commission Expires
March 21, 2009

MetLife Auto & Home is a brand of Metropolitan Property and Casualty Insurance Company and its Affiliates, Warwick, RI

MPL9192-078                                                                 Printed in U.S.A. 1297

# Metropolitan's
# Valuable Insurance Protection
# Plus Homeowners Policy

# MetLife® Auto & Home

MetLife Auto & Home is a brand of Metropolitan Property and Casualty Insurance Company and its Affiliates, Warwick, RI

# V.I.P. PLUS HOMEOWNERS INSURANCE POLICY

## TABLE OF CONTENTS

**PAGE**

**INSURANCE AGREEMENT AND DECLARATIONS** . . . . . . . . . . . . . . . . . . . . 1

**GENERAL DEFINITIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**SECTION I - COVERAGES**
Coverage A - Dwelling . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Coverage B - Private Structures . . . . . . . . . . . . . . . . . . . . . . 3
Coverage A - Dwelling and Coverage B - Private Structures . . . . . . . . . . 3
Coverage C - Personal Property . . . . . . . . . . . . . . . . . . . . . . 3
Special Limitations On Certain Property . . . . . . . . . . . . . . . . 3
Personal Property Not Covered . . . . . . . . . . . . . . . . . . . . . 4

**SECTION I - ADDITIONAL COVERAGES**
Loss of Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Debris Removal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Reasonable Repairs . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Fire Department Charges . . . . . . . . . . . . . . . . . . . . . . . . . 5
Emergency Removal of Property . . . . . . . . . . . . . . . . . . . . . . 5
Refrigerated Contents . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Credit Card, Bank Fund Transfer Card, Forgery and Counterfeit Money . . . . . 5
Trees, Shrubs, Plants and Lawns . . . . . . . . . . . . . . . . . . . . . 5
Lock Replacement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Emergency Living Expense . . . . . . . . . . . . . . . . . . . . . . . . . 6
Reward Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Loss Assessment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Land . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Volcanic Action . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Collapse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Inflation Protection . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

**SECTION I - LOSSES WE COVER**
Loss Deductible Clause . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Coverage A - Dwelling, Coverage B - Private Structures . . . . . . . . . . . 7
Coverage C - Personal Property . . . . . . . . . . . . . . . . . . . . . . 7

**SECTION I - LOSSES WE DO NOT COVER**
Coverage A and Coverage B . . . . . . . . . . . . . . . . . . . . . . . . 8
All Section I Coverages . . . . . . . . . . . . . . . . . . . . . . . . . 9
All Coverages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

**SECTION I - CONDITIONS**
Insurable Interest and Limit of Liability . . . . . . . . . . . . . . . . . 10
What You Must Do After a Loss . . . . . . . . . . . . . . . . . . . . . . 10
How We Settle A Loss . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Our Settlement Options . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Abandoned Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Appraisal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Rights and Duties of Mortgagee . . . . . . . . . . . . . . . . . . . . . . 12

Loss to a Pair or Set . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
No Benefit to Bailee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Suit Against Us . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Other Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

**SECTION I - OPTIONAL COVERAGES**
1 - Earthquake and Volcanic Eruption . . . . . . . . . . . . . . . 13
2 - Replacement Plus . . . . . . . . . . . . . . . . . . . . . . . . . . 14
3 - Replacement Cost on Contents . . . . . . . . . . . . . . . . . 14
4 - Extended Coverage on Jewelry, Watches and Furs . . . . . . . . 14
5 - Home Computer Coverage . . . . . . . . . . . . . . . . . . . . 15
6 - Increased Loss Assessment Coverage . . . . . . . . . . . . . 15
7 - Increased Coverage on Money . . . . . . . . . . . . . . . . . . 16
8 - Increased Coverage on Silverware and Goldware . . . . . . . . 16
9 - Increased Coverage on Credit Card, Bank Fund Transfer Card, Forgery and
     Counterfeit Money . . . . . . . . . . . . . . . . . . . . . . . . . 16
10 - Private Structures Rented to Others . . . . . . . . . . . . . . . 16
11 - Merchandise For Sale . . . . . . . . . . . . . . . . . . . . . . . 16
12 - Increased Coverage on Trees, Plants and Shrubs . . . . . . . . 16

**SECTION II - LOSSES WE COVER**
Coverage F - Personal Liability . . . . . . . . . . . . . . . . . . . . 16
Coverage G - Medical Payments to Others . . . . . . . . . . . . . . 16

**SECTION II - LOSSES WE DO NOT COVER**
Coverage F - Personal Liability and Coverage G - Medical Payments To Others . . . . 17
Coverage F - Personal Liability . . . . . . . . . . . . . . . . . . . . 18
Coverage G - Medical Payments to Others . . . . . . . . . . . . . . 18

**SECTION II - ADDITIONAL COVERAGES**
Damage to Property of Others . . . . . . . . . . . . . . . . . . . . 19
Claim Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
First Aid Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
Loss Assessments . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

**SECTION II - CONDITIONS**
Limit of Liability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
Severability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Your Duties in the Event of an Accidental Loss . . . . . . . . . . . 20
What an Injured Person Must Do Under Coverage G - Medical Payments to Others . . 20
Our Payment of Loss Under Coverage G - Medical Payments to Others . . 20
Lawsuits Against Us . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Other Insurance Under Coverage F - Personal Liability . . . . . . . . 20

**SECTION II - OPTIONAL COVERAGES**
20 - Business Pursuits . . . . . . . . . . . . . . . . . . . . . . . . . 21
21 - Watercraft Liability . . . . . . . . . . . . . . . . . . . . . . . . . 21
22 - Incidental Office Occupancy By You . . . . . . . . . . . . . . 21
23 - Additional Residences Rented to Others . . . . . . . . . . . 21
24 - Additional Residences Occupied By You . . . . . . . . . . . 22
25 - Personal Injury . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

**GENERAL CONDITIONS - SECTIONS I AND II**
Policy Period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
Concealment or Fraud . . . . . . . . . . . . . . . . . . . . . . . . . . 22
Conformity to Statute . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Death . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  22
Liberalization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  22
Waiver or Change of Policy Provision . . . . . . . . . . . . . . . . . . . . . . . . . . . .  22
Cancellation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  23
Nonrenewal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  23
Assignment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  23
Bankruptcy or Insolvency . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  23
Our Recovery Right . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  23
Premium . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  23

**THE COMPANY NAMED IN THE DECLARATIONS**
**(A Stock Insurance Company)**
**Administrative Offices: Warwick, Rhode Island**

# V.I.P. PLUS HOMEOWNERS INSURANCE POLICY

## INSURANCE AGREEMENT AND DECLARATIONS

This insurance policy is a legal contract between **you** (the policyowner) and **us** (the Company named in the Declarations). It insures **you** and **your** property for the various kinds of insurance shown in the Declarations. The Declarations are an important part of this policy. By acceptance of this policy, **you** agree that the statements contained in the Declarations and in any application are **your** true and accurate representations. This policy is issued and renewed in reliance upon the truth of such representations. The terms of this policy impose joint obligations on all persons defined as "**you**". This means that the responsibilities, acts and failures to act of a person defined as "**you**" will be binding upon another person defined as "**you**".

The exact terms and conditions are explained in the following pages.

## GENERAL DEFINITIONS

The following words and phrases appear repeatedly throughout this policy. They have a special meaning and are to be given that meaning whenever used in this policy or any endorsement which is part of this policy:

"**BODILY INJURY**" means any bodily harm, sickness or disease. This term includes required care, loss of services and death if it is a result of such bodily harm, sickness or disease.

**Bodily injury** does not include:
   a.  any of the following which are transmitted by **you** to any other person: disease, bacteria, parasite, virus or other organism; or
   b.  the exposure to any such disease, bacteria, parasite, virus or other organism by **you** to any other person; or
   c.  the actual, alleged or threatened sexual molestation of a person.

"**BUSINESS**" or "**BUSINESS PURPOSES**" means:
   1.  Any full or part time activity of any kind engaged in for economic gain, and the use of any part of any premises for such purposes.
   2.  **Your** property rented or held for rental by **you**. Rental of the **residence premises** is not considered **business** when:
      A.  it is rented occasionally for use as a residence;
      B.  a portion is rented to no more than two roomers or boarders;
      C.  a portion is rented as a private garage.

"**COMPUTER**" means a programmable electronic device that can store, retrieve and process data.

"**INSURED PREMISES**" means:
   1.  the **residence premises** described in the Declarations;
   2.  any other premises specifically named in the Declarations and used by **you** as a residence;
   3.  any premises acquired by **you** during the term of this policy and used by **you** as a residence;
   4.  any premises not owned by **you** but where **you** may be temporarily residing;
   5.  any part of a premises occasionally rented to **you** for other than **business purposes;**
   6.  vacant land owned by or rented to **you**, other than farm land;
   7.  land owned or rented by **you** on which a one or two family dwelling is being constructed for **your** use as a residence;
   8.  individual or family cemetery plots or burial vaults owned by **you** .

"**MEDIA**" means the storage device upon which software is stored. This includes blank cassette tapes or disks used solely with the **computer** or **peripheral device.**

"**MEDICAL EXPENSES**" means reasonable expenses for necessary medical, surgical, x-ray, chiropractic, ambulance,

hospital, professional nursing, funeral and dental services, including prosthetic devices.

**"MOTOR VEHICLE",** when used in Section II of this policy, means:
1. a motorized land conveyance designed for travel on public roads or subject to motor vehicle registration. A motorized land conveyance in dead storage on the **insured premises,** or designed for assisting the handicapped, or used to service the **insured premises** is not a **motor vehicle;**
2. a trailer designed for travel on public roads and subject to motor vehicle registration. A trailer not being towed by or carried on a vehicle included in 1. above is not a **motor vehicle;**
3. a **recreational motor vehicle** owned by you while not on the **insured premises.** A motorized golf cart while being used for golfing is not a **motor vehicle;**
4. a motorized bicycle, tricycle or similar type of equipment owned by **you** while not on the **insured premises;**
5. any vehicle while being towed by or carried on a vehicle included in 1., 3. or 4. above.

**"OCCURRENCE"** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, resulting in **bodily injury** or **property damage** during the term of the policy.

**"ORIENTAL RUGS"** means any handwoven silk or wool rug, carpet, tapestry, wall hanging or other similar article, whose principal value is derived from its color, design, quality of wool or silk, quality of weaving, condition and age. This includes, but is not limited to, Chinese, Indian, Persian, Turkish, and Caucasian.

**"PERIPHERAL DEVICE"** means any unit used to operate with the **computer** system. This includes tape or disk drives or printers.

**"PROPERTY DAMAGE"** means physical damage to or destruction of tangible property, including loss of use of this property.

**"PURCHASED SOFTWARE"** means information or a program that is stored on a storage device such as a magnetic tape or disk for use on a **computer,** and has been purchased from another party.

**"RECREATIONAL MOTOR VEHICLE"** means:
1. a golf cart or snowmobile;
2. any other land motor vehicle designed for recreational use off public roads which is not subject to motor vehicle registration.

**"RESIDENCE EMPLOYEE"** means **your** employee while performing duties arising out of and in the course of employment by **you** in connection with the maintenance or use of the **residence premises,** including similar duties elsewhere, not in connection with **your business.**

**"RESIDENCE PREMISES"** means a one or two family dwelling used as a private residence by **you** and named in the Declarations and includes the private structures and private approaches.

This does not include any portion of a premises used for **business purposes.**

**"WE", "US,"** and **"OUR,"** mean the Company named in the Declarations.

**"YOU"** and **"YOUR"** mean:
1. the person or persons named in the Declarations and if a resident of the same household:
   A. the spouse of such person or persons;
   B. the relatives of either;
   C. any other person under the age of twenty-one in the care of any of the above;

2. Under Section II only:
   A. any other person or organization legally responsible for loss caused by animals or watercraft owned by **you. We** will not cover any such person or organization using or having custody of animals or watercraft in any **business** or without **your** permission;
   B. with respect to the use of any vehicle to which this policy applies, any person while engaged in employment

by **you** or other persons using the vehicle on the **insured premises** with **your** consent.

# SECTION I - COVERAGES

## COVERAGE A - DWELLING

**We** cover:
1.  the dwelling on the **residence premises; and**
2.  structures, equipment and accessories attached to the dwelling, except swimming pools.

## COVERAGE B - PRIVATE STRUCTURES

**We** cover private structures owned by **you** and separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line, or similar connection are considered to be private structures.

**We** do not cover private structures:
1.  used or held for any **business** or commercial farming purposes;
2.  rented or held for rental to a person not a tenant of the dwelling, unless solely used as a private garage.

## COVERAGE A - DWELLING AND COVERAGE B - PRIVATE STRUCTURES

**We** cover building equipment, materials and supplies located on or adjacent to the **residence premises** for use in connection with maintenance, construction, alteration, or repair of the dwelling or private structures on the **residence premises.**

These coverages do not apply to land, including land on which the dwelling or private structures are located, or any costs required to replace, rebuild, stabilize or otherwise restore the land.

## COVERAGE C - PERSONAL PROPERTY

**We** will cover personal property owned or used by **you** while it is anywhere in the world.

**Our** limit of liability for personal property usually situated at **your** residence, other than the **residence premises** described in the Declarations, is 10% of the limit of liability for Coverage C. Personal property in a newly acquired principal residence is not subject to this limitation for the 30 days immediately after **you** begin to move **your** property there.

At **your** option this coverage may be extended to include personal property owned by:
1.  others while on that portion of the **residence premises** occupied by **you;**
2.  a guest or **residence employee,** while the property is in a residence occupied by **you.**

## SPECIAL LIMITATIONS ON CERTAIN PROPERTY

**We** will not pay more than the following amount for each group in any one **occurrence:**
1.  $200 for money, bullion, bank notes, coins, medals and other numismatic property.
2.  $1000 for securities, checks, cashier's checks, traveler's checks, money orders and other negotiable instruments, accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, tickets and stamps, including philatelic property.
3.  $1000 for manuscripts, including the cost to research, replace or restore the information from the lost or damaged material.
4.  $1000 for loss by theft of jewelry, watches, furs, precious and semi-precious stones.
5.  $1000 for watercraft, including their trailers, furnishings, equipment and outboard motors.
6.  $1000 for trailers not used with watercraft.
7.  $2000 for loss by theft of firearms and related equipment.
8.  $250 for any property used or intended for use in a **business.** This does not include any **computer** and the **peripheral device, media** or **purchased software** used with it. This also does not include merchandise held as samples or for sale or delivery after a sale.
9.  $5000 for an owned **computer** and the owned **peripheral device, media** and **purchased software** used with it. The **media** will be covered only up to its retail value, if pre-programmed, or the retail value of the **media** in blank or unexposed form, if blank or self-programmed.

10. $2500 for loss by theft of silverware and goldware.
11. $2500 per item and $10,000 in the aggregate for loss by theft of **oriental rugs.**

## PERSONAL PROPERTY NOT COVERED

**We** do not cover:

1. articles separately described and specifically insured by this or any other policy;
2. animals, birds or fish;
3. any **motor vehicles** or any other motorized land conveyances including motorized bicycles owned or operated by, or rented or loaned to **you. We** do provide coverage for unlicensed vehicles, not subject to registration, which are used to service the **residence premises** or designed for assisting the handicapped;
4. aircraft and parts;
5. property of roomers and boarders not related to **you;**
6. property of tenants, whether related to **you** or not;
7. property rented or held for rental to others when not on the **residence premises;**
8. books of account, abstracts, drawings, card index systems and other records. **We** will cover the cost of blank books, cards or other blank material plus the cost of labor **you** incur for transcribing or copying such records. This exclusion does not apply to film, tape, disc, drum, cell and other magnetic recording or **media** for electronic data processing;
9. **media** for electronic data processing that cannot be replaced with other of like kind and quality on the current retail market;
10. any sound reproducing, recording, transmitting, receiving or radar signal reception system while in or on any motor vehicle, any motorized land conveyance or watercraft, including:
    A. tapes and records;
    B. citizen band radios and telephones;
    C. radio transmitters, radio transceivers, and radar detectors;
    D. any accessories used with the foregoing;
11. any merchandise held as samples or for sale or delivery after a sale.

## SECTION I - ADDITIONAL COVERAGES

1. **Loss of Use.**
   A. When a property loss **we** cover under this Section makes that part of the **residence premises** where **you** reside not fit to live in, **we** will pay, at **your** choice, either of the following. However, if the **residence premises** is not **your** principal place of residence, **we** will not provide the option under paragraph 2. below:

      1. **Additional Living Expense. We** will pay the reasonable increase in living expenses necessary to maintain **your** normal standard of living. Payment shall be for the shortest time to either repair or replace the **residence premises** or, if **you** permanently relocate, for **your** household to settle elsewhere. This period of time is not limited by expiration of this policy; or

      2. **Fair Rental Value. We** will pay the fair rental value of that part of the **residence premises** where **you** reside less any expenses that do not continue while the premises is not fit to live in. Payment shall be for the shortest time to either repair or replace the **residence premises** or, if **you** permanently relocate, for **your** household to settle elsewhere. This period of time is not limited by expiration of this policy.

   B. **Fair Rental Income. We** will pay **your** loss of fair rental income resulting from a property loss **we** cover under this Section, less charges and expenses which do not continue, while the part of the **residence premises you** rent to others, or hold for rental, is uninhabitable. Payment will be for the shortest time required to repair or replace the rented part, not to exceed nine consecutive months from the time of the loss. **We** do not cover the loss or expense due to cancellation of a lease or agreement.

   C. **Prohibited Use. We** will pay the reasonable increase in living expenses necessary to maintain **your** normal standard of living and the loss of fair rental income when:

      1. access to the **residence premises** is denied by civil authorities because of a loss to a neighboring premises caused by a peril **we** insure against. Payment is for a period of time not to exceed fourteen days. The period

4

of time is not limited by expiration of this policy; or

   2. access to the **residence premises** is denied by civil authorities for some reason other than the one mentioned in 1. above. Payment is for a period of time not to exceed seven days. The period of time is not limited by the expiration of this policy. Coverage does not begin until the **residence premises** has been uninhabitable for 48 consecutive hours.

2. **Debris Removal. We** will pay reasonable expenses **you** incur to remove debris of covered property following a loss **we** cover or to remove ash, dust or particulate matter from a volcanic action that has caused direct loss to a building or covered personal property in a building. If the amount payable for the **property damage** plus the debris removal expense is more than **our** limit of liability for the covered property, **we** will pay up to an additional 10% of that limit for debris removal.

3. **Reasonable Repairs. We** will pay the reasonable expenses **you** incur for necessary repairs to protect covered property from further loss following a loss **we** cover. This coverage does not increase the limit of liability applying to the property being repaired.

4. **Fire Department Charges. We** will pay up to $500 for **your** liability assumed by contract or agreement when a fire department is called to save or protect the **residence premises** from an insured peril. **We** do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

5. **Emergency Removal of Property. We** will pay for loss to covered property from any cause while being removed from a premises because of danger From a loss **we** cover. This coverage also applies to the property for up to 30 days from the date of removal. **We** will also pay for reasonable expenses **you** incur for the removal and return of the covered property. This coverage does not increase the limit of liability applying to the property being removed.

6. **Refrigerated Contents. We** will pay up to $1000 for the contents of a freezer or refrigerated food storage unit on the **residence premises** for loss due to a power failure or mechanical failure. If mechanical failure or power failure is known to **you,** all reasonable means must be used to protect the property from further damage or this coverage is void.

7. **Credit Card, Bank Fund Transfer Card, Forgery and Counterfeit Money. We** will pay up to $1000 for loss:
   A. that **you** are legally required to pay because of the unauthorized use of any credit card or bank fund transfer card issued to or registered in **your** name; and
   B. to **you** caused by forgery or alteration of any check or negotiable instrument; and
   C. to **you** through acceptance in good faith of counterfeit United States for Canadian paper currency.

   **We** do not cover:
   A. more than the limit of liability stated above. All loss due to forgery or unauthorized use by any one person or in which that person is concerned is considered one loss;
   B. any loss caused by **your** dishonesty;
   C. any loss resulting from **your business** activities.

   Defense:
   A. **We** may make any investigation and settle any claim or suit that **we** decide is appropriate. **Our** obligation to defend any claim or suit ends when the amount **we** pay for the loss equals **our** limit of liability.
   B. If a suit is brought against **you** for liability under the Credit Card or Bank Fund Transfer Card coverage, **we** will provide a defense at **our** expense and by counsel of **our** choice.
   C. **We** have the option to defend **you** or **your** bank, at **our** expense, against any suit for the enforcement of payment under the Forgery coverage.

8. **Trees, Shrubs, Plants and Lawns. We** will pay up to an additional 5% of the Coverage A limit of liability for loss to trees, shrubs, plants and lawns at the **residence premises**, but no more than $500 for any one tree, shrub or plant, including any debris removal expense. Coverage applies to direct loss caused by: fire or lightning, theft, explosion, aircraft, riot or civil commotion, vandalism or malicious mischief, vehicles not owned or operated by an occupant of

of the **residence premises,** or collapse of a building structure or any part of a building structure.

**We** will also pay up to $500 for any one loss for the reasonable expenses **you** incur for the removal from **your residence premises** of:
A.  **your** tree felled by windstorm, hail or the weight of ice, snow or sleet; or
B.  **your** neighbor's tree felled by a loss **we** cover for Coverage C - Personal Property;
provided the tree caused damage to property covered under Coverage A - Dwelling or Coverage B - Private Structures.

**We** do not cover trees, shrubs, plants and lawns grown for **business purposes.**

The policy deductible does apply to this coverage.

9.  **Lock Replacement. We** will pay the reasonable expenses to replace the exterior door lock or lock cylinder of the **residence premises** with a lock of like kind and quality when a key to the lock has been stolen during a theft of other personal property for which coverage is provided by this policy. **You** must report the theft to **us** and the police within 72 hours after discovery. The deductible does apply to this coverage.

10. **Emergency Living Expense. We** will pay up to $500 for the reasonable increase in living expenses **you** incur due to a power interruption to the **residence premises.** The power interruption must take place away from the **residence premises.** Coverage does not begin until 48 hours after the power interruption begins.

11. **Reward Coverage. We** will pay 10% of the amount of the loss to the **residence premises** up to $5000 to anyone providing information leading to an arson conviction in connection with the loss.

    **We** will pay anyone providing information leading to the recovery of personal property stolen from **you** 10% of the value of the recovered property up to $5000.

    **We** will pay 10% of the amount of the loss up to $1000 to anyone providing information leading to the arrest and conviction of anyone who robs, steals or burglarizes **your** property.

    These amounts shall not be increased regardless of the number of persons providing information. These coverages are in addition to the limit of liability applying to the damaged property.

12. **Loss Assessment. We** will pay up to $1000 for **your** share of any loss assessment charged during the policy period against **you** by a corporation or association of property owners. This only applies when the assessment is made as a result of each direct loss to the property, owned by all members collectively, caused by a Section I - Losses We Cover for Coverage A - Dwelling, other than earthquake or land shock waves or tremors before, during or after a volcanic eruption.

    This coverage applies only to loss settlements charged against **you** as owner or tenant of the **residence premises.**

    **We** do not cover loss assessments charged against **you** or a corporation or association of property owners by any governmental body.

13. **Land.** If a structure covered under Coverage A or Coverage B sustains a covered loss, then **we** will pay up to $10,000 for the cost required to replace, rebuild, stabilize or otherwise restore the land necessary to support such structures. This coverage is in addition to the limit of liability applying to the damaged property. **We** do not cover any loss caused by chemicals in the soil or resulting from the release of toxic materials or other pollutants or contaminants.

14. **Volcanic Action. We** will pay for direct physical loss to a covered building or covered property in a building resulting from the eruption of a volcano when direct loss is caused by:
A.  volcanic blast or airborne shock waves; or
B.  ash, dust or particulate matter; or
C.  lava flow.

One or more volcanic eruptions that occur within a 72-hour period shall be considered one volcanic eruption.

This coverage does not increase the limit of liability applying to the damaged property.

15. **Collapse. We** will pay for sudden and accidental direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:
   A. perils described in Section I - Losses We Cover, Coverage C - Personal Property. These perils apply to the **residence premises** and personal property for loss insured by this coverage;
   B. hidden decay of the structure;
   C. hidden insect or hidden vermin damage;
   D. weight of contents, equipment, animals or people;
   E. weight of ice, snow, sleet or rain which collects on a roof; or
   F. use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation;

   Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, septic field, foundation, retaining wall, bulkhead pier, wharf or dock is not included under items B., C., D., E., and F. unless the loss is a direct result of the collapse of a building.

   Collapse does not include settling, cracking, shrinking, bulging or expansion.

   This coverage does not increase the limit of liability applying to the damaged covered property.

16. **Inflation Protection.** The limits of liability specified in the Declarations of this policy, or any amendments thereto, for Coverages A, B and C are continuously adjusted in accordance with the applicable construction price index in use by **us**. This index will then be multiplied by the limit of liability for Coverages A, B and C separately.

# SECTION I - LOSSES WE COVER

## LOSS DEDUCTIBLE CLAUSE
**We** will pay only when a loss exceeds the deductible amount shown in the Declarations. **We** will pay only that part of the loss over such stated deductible. The deductible will not apply to Section I - Additional Coverages, except where specified in the Additional Coverage.

## COVERAGE A - DWELLING, COVERAGE B - PRIVATE STRUCTURES
**We** will pay for sudden and accidental direct physical loss or damage to the property described in Coverage A and B, except as excluded in Section I - Losses We Do Not Cover.

## COVERAGE C - PERSONAL PROPERTY
**We** will pay for sudden and accidental direct physical loss or damage to the property described in Section I - Coverages, Coverage C - Personal Property, except as excluded in Section I - Losses We Do Not Cover, caused by:
   1. **Fire or Lightning.**
   2. **Windstorm or Hail.**
      **We** do not cover loss to personal property inside, caused by rain, snow, sleet, sand or dust unless the wind or hail first damages the roof or walls and the wind forces rain, snow, sleet, sand or dust through the opening.

      **We** do not cover loss to watercraft and their trailers, furnishings, equipment and motors unless inside a fully enclosed building. **We** do cover canoes and rowboats on the **residence premises.**

   3. **Explosion.**
   4. **Riot or Civil Commotion.**
   5. **Aircraft** , including self-propelled missiles and spacecraft.
   6. **Vehicles.**
   7. **Smoke,** if the loss is sudden and accidental. **We** do not cover loss caused by smoke from agricultural smudging or industrial operations.
   8. **Vandalism or Malicious Mischief.**

9. **Theft,** or attempted theft, including loss of property from a known place when it is likely that a theft has occurred.

**We** do not cover loss caused by theft:
A. if committed by **you** or by any person renting the **residence premises.**
B. in or from a dwelling under construction or materials and supplies for use in construction, until the dwelling is completed and occupied.
C. of unset gems or a gem from its setting.
D. from any part of the **residence premises** rented by **you** to others.

**We** do not cover loss caused by theft that occurs away from the **residence premises** of:
A. property while in any other residence owned, rented to or occupied by **you,** except while **you** are temporarily residing there. Coverage is provided for a student's property while at a premises away from home if the student has been there at any time during the 45 days immediately preceding the loss;
B. watercraft, its furnishings, equipment and outboard motors;
C. trailers and campers.

10. **Falling Objects. We** cover loss to personal property inside a building only if the falling object first damages the exterior walls or roof. Damage to the falling object itself is not covered.
11. **Weight of Ice, Snow or Sleet** which causes damage to property contained in a building.
12. **Water or Steam** which accidentally discharges or overflows from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a domestic appliance.

**We** do not cover loss:
A. to the system or appliance from which the water or steam escapes;
B. caused by freezing under this peril;
C. caused by water which backs up through sewers or drains;
D. caused by water which overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from the foundation area.

13. **Rupturing, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water. The loss must be sudden and accidental. **We** do not cover loss caused by freezing under this peril.
14. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a domestic appliance, but only if **you** have used reasonable care to maintain heat in the building or have shut off the water supply and drained the water from all plumbing and appliances if the dwelling is unoccupied.
15. **Sudden and accidental damage** to electrical appliances, devices, fixtures and wiring from electrical currents artificially generated. **We** do not cover loss to a tube, transistor, wafer, card, chip, integrated circuit or similar electronic circuitry and components.
16. **Breakage of glass or safety glazing material** which is part of a window or door on the **residence premises.**

# SECTION I - LOSSES WE DO NOT COVER

1. **We** do not cover loss or damage to the property described in <u>Coverage A</u> and <u>Coverage B</u> which results directly or indirectly from any of the following:
A. wear and tear; marring; scratching; inherent vice; deterioration; latent defect; rust; mold; aging; mechanical breakdown; wet or dry rot;
B. release, discharge or dispersal of pollutants or contaminants, including damage caused by chemicals in the soil and loss resulting from the release of toxic materials or other pollutants or contaminants, no matter how caused;
C. smog; smoke from agricultural smudging or industrial operations;
D. settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations, supports, walls, floors, roofs, or ceilings;
E. birds, vermin, rodents, insects or domestic animals;

**We** do cover any direct loss that follows items A. through D. caused by fire, smoke that is not from agricultural smudging or industrial operations, explosion, collapse of a building, glass breakage, or water damage not

specifically excluded in this policy. If a covered water loss follows, **we** will pay the cost of tearing out and replacing any part of the building necessary to repair the plumbing or appliance, but **we** do not cover loss to the plumbing or appliance from which the water escaped.

F.  theft in or from the **residence premises** while under construction, or of materials and supplies for use in the construction, until the **residence premises** is completed and occupied;

G.  vandalism or malicious mischief or breakage of glass and safety glazing materials if the **residence premises** was vacant for more than 30 consecutive days immediately prior to the loss. A **residence premises** being constructed is not considered vacant;

H.  seepage, meaning continuous or repeated seepage or leakage of water or steam over a period of weeks or longer from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a domestic appliance;

I.  freezing of a plumbing, heating, air conditioning, or automatic fire protective sprinkler system, or of a domestic appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion only applies while the residence is vacant, unoccupied or being constructed;

We do cover direct loss caused by such freezing if **you** have used reasonable care to maintain heat in the building or if **you** shut off the water supply and drained the plumbing and appliance of water.

J.  freezing, thawing or pressure or weight of water, snow or ice, whether driven by wind or not, to a fence, driveway, roadway, walkway, pavement, patio, swimming pool, foundation, retaining wall, bulkhead, pier, deck, wharf or dock.

2.  **We** do not insure under <u>any Section I coverage</u> for any loss which would not have happened in the absence of one or more of the following excluded events. **We** do not insure for any such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether such causes acted at the same time or in any other sequence with the excluded event to produce or contribute to the loss. The excluded events referred to are:

A.  **Water damage,** meaning:
    1.  flood, surface water, waves, tidal water or overflow of any body of water, or spray from any of these, whether or not driven by wind; or
    2.  water which backs up through sewers or drains, or overflows from a sump pump, sump pump well or other system designed to remove subsurface water which is drained from the foundation area; or
    3.  water below the surface of the ground, including water which exerts pressure on, or flows, seeps or leaks through any part of a building, sidewalk, foundation, driveway, swimming pool or other structure or water which causes earth movement.

We do cover direct loss caused by fire, theft or explosion resulting from water damage.

B.  **Earth Movement,** meaning any loss caused by, resulting from, contributed to or aggravated by events that include, but are not limited to:
    1.  earthquake and earthquake aftershocks;
    2.  volcanic eruption and volcanic effusion;
    3.  mudslide including landslide, mudflow, debris flow, avalanche or sediment;
    4.  sinkhole, erosion, subsidence or excavation collapse;
    5.  the sinking, rising, shifting, expanding, bulging, cracking, settling or contracting of the earth, soil or land;
    6.  volcanic explosion and lava flow, except as specifically provided in Section I - Additional Coverages.

This exclusion applies whether or not the earth movement is combined with water.

We do cover direct loss caused by fire, explosion other than explosion of a volcano, breakage of glass or safety glazing materials or theft resulting from earth movement.

C.  **Collapse,** except as specifically provided in Section I - Additional Coverages for Collapse.

D.  **Ordinance or Law,** meaning enforcement of any ordinance or law regulating the construction, repair,

demolition or zoning of buildings, unless specifically provided under this policy.

E. **Power Failure,** meaning the failure of power or other utility service if the failure takes place off the **residence premises,** except as specifically provided in Section I - Additional Coverages. If a loss **we** cover ensues on the **residence premises, we** will pay only for that ensuing loss.

F. **Neglect** by **you** to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered by a peril insured against.

G. **Nuclear Action,** meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these. Loss caused by nuclear action is not considered a loss by fire, explosion or smoke. **We** do cover direct loss by fire resulting from nuclear action.

H. **Governmental Action,** including war, undeclared war, civil war, rebellion, insurrection, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Governmental Action also includes loss arising out of risks of contraband or illegal transportation or trade and loss due to order of any civil authority except:
   1. conditions **we** insure under Section I - Additional Coverages; or
   2. acts of destruction during a fire to prevent it from spreading as long as the fire was not caused by any peril excluded by this policy.

I. **Intentional Loss,** meaning any loss arising out of any criminal or intentional act committed:
   1. by **you** or at **your** direction; and
   2. with the intent to cause a loss.

3. **We do not insure under any coverage** for any loss consisting of one or more of the items below. Further, **we** do not insure for loss described in Paragraphs 1. and 2. above regardless of whether one or more of the following: (a) directly or indirectly cause, contribute to or aggravate the loss; or (b) occur before, at the same time, or after the loss or any other cause of the loss:
   A. Conduct, act, failure to act, or decision of any person, group, organization or governmental body whether intentional, wrongful, negligent or without fault;
   B. Defective, inadequate, faulty or unsound:
      1. planning, zoning, development, surveying, siting;
      2. design, specifications, workmanship, repair, construction, grading, compaction renovation, remodeling;
      3. materials used in construction, repair, renovation or remodeling; or
      4. maintenance;

   of any property whether on or off the **residence premises.** Property includes land, structures or improvements of any kind.

**We** do cover any ensuing loss unless the ensuing loss is itself a Loss We Do Not Cover.

# SECTION I - CONDITIONS

1. **Insurable Interest And Limit Of Liability. We** will not pay any person or organization an amount greater than its insurable interest in the property covered at the time of the loss.

   Regardless of the number of persons or organizations who qualify for coverage, **we** will not pay more than the applicable limit of liability.

2. **What You Must Do After A Loss. If you** have a loss, **you** must do the following:

   A. Give immediate notice to **us** or **our** representative. In case of theft promptly notify the police. In case of loss under the credit card or bank fund transfer card coverage, promptly notify the credit card company or bank.

   B. Protect the property from further damage, make reasonable and necessary repairs required to protect the

property and keep a record of necessary expenditures.

C. Prepare an inventory of damaged or stolen personal property showing, in detail, the quantity, age, description, actual cash value and amount of loss claimed for each item. Attach to the inventory all bills and other documents that substantiate the figures in the inventory.

D. At any reasonable time and place **we** designate, and as often as **we** reasonably require:
1. show **us** the damaged property;
2. submit to questions concerning the loss under oath while not in the presence of any other person defined as "**you**", and sign and swear to the answers;
3. allow **us** to examine and copy or abstract any records and documents **we** request.

E. Within 60 days after loss, **you** must file with **us** a signed and sworn proof of loss, stating to the best of **your** knowledge:
1. the time and cause of loss; and
2. **your** interest and that of any other person in the property involved and all encumbrances on the property; and
3. a description of each item, including all information contained in the inventory described in C. above; and
4. a description of other insurance policies that might apply to the loss; and
5. any changes in ownership, use, possession or location of the property that took place since this policy was issued; and
6. if loss is to a building, who occupied it at the time of loss, what the purposes of such occupancy were, and whether the building stood on leased ground; and
7. specifications of any damaged building, fixture or machinery and detailed estimates for repair of the damage; and
8. receipts for additional living expenses **you** incur and records supporting the fair rental value; and
9. evidence or affidavit supporting a claim under Section I - Additional Coverages 7. Credit Card, Bank Fund Transfer Card, Forgery and Counterfeit Money, stating the amount and cause of loss.

3. **How We Settle A Loss.** Covered property losses are settled as follows:

A. Subject to the applicable deductible, **we** will pay the actual cash value at the time of the loss for the following:
1. aerials, antennas, and awnings;
2. cesspools, septic tanks and septic fields;
3. carpeting;
4. household appliances;
5. outdoor equipment and swimming pools;
6. structures, other than building structures;
7. personal property covered under Coverage C.

**We** will not pay an amount exceeding that necessary to repair or replace the property or an amount in excess of the limit of liability applying to the property.

B. Coverage A - Dwelling and Coverage B - Private Structures. Subject to the applicable deductible, **we** will pay the full cost of repair or replacement without deduction for depreciation for dwelling and private structures subject to the following:
1. **We** will pay no more than the $10,000 limit of liability on Land as provided in Section I - Additional Coverages.
2. If at the time of loss the amount of insurance applicable is 80% or more of the full replacement cost:
   a. **we** will not be liable unless and until actual repair or replacement is complete.
   b. **our** liability will not exceed the smallest of:
      (1) the limit of liability applicable to the structure;
      (2) the cost to repair or replace the damaged structure which will be used on the same premises;
      (3) the amount actually and necessarily spent to repair or replace the damaged structure intended for the same occupancy and use.
3. If at the time of loss the amount of insurance applicable is less than 80% of the full replacement cost, **our**

liability will not exceed the larger of:
   a. the actual cash value; or
   b. that proportion of the cost to repair or replace without deduction for depreciation, which the whole amount of insurance applicable bears to 80% of the replacement cost. Under this paragraph, **we** will not be liable unless and until actual repair or replacement is complete.

4. In determining the amount of insurance required to equal 80% of the full replacement cost, the value of the following will be disregarded:
   a. underground foundations;
   b. underground pipes;
   c. underground wiring;
   d. underground drains.

5. **We** will pay full replacement cost whenever the full cost of repair or replacement is:
   a. less than $2,500; and
   b. less than 5% of the amount of applicable insurance.
   **You** may disregard the provisions relating to settlement on a replacement cost basis and make claim for loss on an actual cash value basis. Such election will not stop **you** from making a further claim within 180 days after the loss, provided **you** still have an insurable interest in the property, for any additional liability based on the replacement cost value at the time of the loss.

Actual cash value means there may be a deduction for depreciation.

4. **Our Settlement Options. We** will adjust all losses with **you. We** will pay **you** unless another payee is named in the policy. **We** will pay within 60 days after the amount of loss is agreed upon. This amount may be determined by an agreement between **you** and **us,** an appraisal award or entry of a final judgment, subject to Section I, Condition 3. How We Settle A Loss.

**We** have the option of taking all or part of the property at the agreed or appraised value. **We** have the option to repair, rebuild or replace the damaged or destroyed property with property of like kind and quality within a reasonable time. **We** must give **you** notice of **our** intention within 30 days after **we** receive **your** signed, sworn proof of loss.

5. **Abandoned Property. We** are not obligated to accept any property or responsibility for any property abandoned by **you.**

6. **Appraisal.** If **you** and **we** fail to agree on the amount of loss, either **you** or **we** can make a written demand for an appraisal. Each party will select a competent and impartial appraiser and notify the other within 20 days of the appraiser's identity. The two appraisers will select a competent and impartial umpire. If the two appraisers are unable to select an umpire within 15 days, **you** or **we** can ask a judge of a court of record in the state where the **residence premises** is located to select an umpire.

The appraisers will appraise the loss and determine separately the full replacement cost, actual cash value and the loss as to each item. Any disagreement between the appraisers will be resolved by the umpire. The written award by two of these three people as to any item will be binding on **you** and **us** when filed with **us. You** will pay the appraiser selected by **you. We** will pay the appraiser whom **we** selected. **You** and **we** will split the other expenses of appraisal and the fee of the umpire.

7. **Loss.** Any loss **we** pay under this policy does not reduce the limit of liability.

8. **Rights And Duties Of Mortgagee.** If a mortgagee is named in the Declarations, any payment for loss under Coverage A or B will be made to the mortgagee to the extent of its interest under all present and future mortgages. If more than one mortgagee is named, payment will be made in the order of priority of the mortgagees.

The interest of the mortgagee under this policy will not be affected by any action or neglect by **you.**

The interest of the mortgagee under this policy will terminate unless it:
A. Pays upon demand any premium due if the owner or mortgagor fails to do so.

B.  Notifies **us** of any change of ownership or increase in hazard of which the mortgagee has knowledge.

C.  Pays upon demand the premium for any such increase in hazard.

**We** will notify the mortgagee if **you** fail to give **us** proof of loss. Within 60 days after receiving such notice, the mortgagee must give **us** proof of loss. Policy conditions relating to appraisal, time of payment and time of bringing lawsuit apply to the mortgagee.

**We** will give the mortgagee not less than 10 days notice of cancellation or nonrenewal of the insurance protecting its interest.

If **we** pay the mortgagee for any loss and deny payment to **you**, **we** will be subrogated to the extent of **our** payment to all the rights that the mortgagee has under the mortgage on the property. At **our** option, **we** may pay to the mortgagee the whole principal on the mortgage and any interest due. In this event, **we** may receive a full assignment and transfer of the mortgage and all securities held as collateral for the mortgage debt. Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**Our** cancellation of the policy also applies to agreements under this condition.

As used in this condition, the term "mortgagee" includes a trustee, if applicable.

9.  **Loss To A Pair Or Set.** In case of loss to a pair or set **we** may elect to:
    A.  Repair or replace any part to restore the pair or set to its value before the loss; or
    B.  Pay the difference between actual cash value of the property before and after the loss.

10. **No Benefit To Bailee. We** will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

11. **Suit Against Us.** No suit or action may be brought against **us** by **you** unless there has been full compliance with all of the policy terms. Any suit or action must be brought within twelve months of the loss.

12. **Other Insurance.** If there is other similar insurance, **we** will pay **our** fair share. **Our** share is the proportionate amount that this insurance bears to the total amount of all applicable insurance. However, this insurance is excess over any other insurance that covers loss by theft or loss of personal property on an unspecified peril basis.

# SECTION I - OPTIONAL COVERAGES

The following coverages are afforded only if indicated in the Declarations. They are subject to all of the provisions applicable to Section I, except as modified herein.

## COVERAGE 1 - EARTHQUAKE AND VOLCANIC ERUPTION

**We** will pay for direct loss to the property described in Coverages A, B and C caused by Earthquake or Volcanic Eruption.

**We** do not cover loss resulting directly or indirectly by flood or tidal wave, whether caused by, resulting from, contributed to or aggravated by earthquake or volcanic eruption.

1.  One or more earthquake shocks that occur within a seventy-two hour period shall constitute a single earthquake. One or more volcanic eruptions that occur within a seventy-two hour period shall constitute a single volcanic eruption.

2.  **We** will pay only that part of the loss caused by earthquake over 5% of the total amount of insurance that applies. This deductible shall apply separately to loss under Coverage A - Dwelling, Coverage B - Private Structures and Coverage C - Personal Property. This deductible amount shall not be less than $250 in any one loss.

    The policy deductible applies to each loss caused by volcanic eruption.

This coverage does not increase the limits of liability stated in this policy.

## COVERAGE 2 - REPLACEMENT PLUS

For the dwelling under Coverage A, subject to the deductible shown in the Declarations, **we** will pay the full cost of repair or replacement without deduction for depreciation even if that cost exceeds the amount shown in the Declarations.

The following requirements apply:
1. The actual repair or replacement must be completed.
2. **You** must have insured **your** dwelling to 100% of its replacement cost, the replacement cost being determined by:
   A. **Our** home replacement cost estimator completed and based on the accuracy of information **you** furnished; or
   B. An inspection of the **residence premises.**
3. **You** must have accepted the Inflation Protection Provision in the policy and agree to accept each annual adjustment in the dwelling protection coverage limits of liability automatically applied to **your** policy at each renewal.
4. **You** must have notified **us** within 90 days of the start of any additions or other physical changes which increase the value of **your residence premises** by $5000 or more.

If any of these requirements are not satisfied, the loss will be settled according to the Section I - Conditions 3. How We Settle A Loss and 4. Our Settlement Options.

This coverage does not apply to land, including land on which the dwelling or private structures are located.

## COVERAGE 3 - REPLACEMENT COST ON CONTENTS

Under Coverage C - Personal Property, **we** will pay the full cost of repair or replacement, less the applicable deductible, without deduction for depreciation:

1. This coverage does not apply to:
   A. antiques, fine arts, paintings, statuary and similar articles which, by their inherent nature, cannot be replaced with new articles.
   B. articles whose age or history contribute substantially to their value. This includes but is not limited to memorabilia, souvenirs and collector's items.
   C. property which is obsolete or unusable for the purpose for which it was originally intended because of its age or condition prior to the loss.
2. **Our** liability for any loss shall not exceed the smallest of the following amounts for any one **occurrence:**
   A. the cost to replace the property with a similar property of like kind and quality;
   B. the full cost of repair to restore the property to its original condition;
   C. the limit of liability for Coverage C shown in the Declarations subject to the Special Limitations On Certain Property under Section I - Coverages, Coverage C - Personal Property.
3. **We** will not be liable for any loss before the actual repair, restoration or replacement is completed.
4. if **you** decide not to repair, restore or replace the damaged or stolen property, settlement will be on an actual cash value basis. **You** may make any claim within 180 days after the date of loss for any additional payment on a replacement cost basis if **you** repair, restore or replace the damaged or stolen property.

## COVERAGE 4 - EXTENDED COVERAGE ON JEWELRY, WATCHES AND FURS

The insurance provided by this policy under Coverage C - Personal Property on jewelry, watches, furs, precious and semi-precious stones is extended to apply against all risks of physical loss or damage. The per item and aggregate limits of liability are set forth in the Declarations page.
1. This coverage is subject to the Section I - Conditions and the General Conditions.
2. This coverage does not insure against loss caused by wear and tear, gradual deterioration, insects, vermin, inherent vice, neglect and war.
3. Any deductible clause applicable to Coverage C also applies to this coverage.
4. For loss caused by theft, the insurance afforded under this coverage will apply in lieu of and not in addition to that afforded under Coverage C.
5. For loss caused by other than theft, insurance afforded under this coverage will apply in addition to that afforded

under Coverage C.

# COVERAGE 5 - HOME COMPUTER COVERAGE

This coverage applies in lieu of, and not in addition to, the coverage afforded for **computers, peripheral devices, media** and **purchased software** under Section I, Coverage C - Personal Property.

**We** will pay for sudden and accidental physical loss to **your** owned **computer, your** owned **peripheral device, your owned media** and **your purchased software** except as excluded below. **We** will pay only that part of the loss that exceeds $50.

The use of the word "owned" above includes a **computer,** peripheral device and **media** actually owned by **your** employer but leased or loaned to **you** for **your** use at home. This coverage is excess over any valid and collectible insurance written in the name of the actual owner of the property.

**We** do not cover:
1. Wear and tear, gradual deterioration, depreciation, insects, vermin, corrosion, rust, mold, dampness, dryness, cold or heat;
2. Mechanical breakdown, faulty construction, an original defect in the property, error, omission or deficiency in design, specifications, workmanship or materials;
3. Neglect, meaning **your** neglect to use all reasonable means to save and preserve the property at and after the time of a loss, or when property is endangered by Section I - Losses We Cover;
4. Intentional loss, meaning any loss arising out of any act committed:
   A. by **you** or at **your** direction; and
   B. with the intent to cause a loss.
   This exclusion does not apply to an insured person not participating in the intentional loss.
5. Dishonest acts by **you,** anyone else with an interest in the property or **your** or their employees or agents, whether or not occurring during the hours of employment. Nor do **we** insure against dishonest acts by anyone entrusted with the property;
6. Indirect or consequential loss to the property;
7. Nuclear Action, War and Water Damage as set forth in Section I - Losses We Do Not Cover.

**Our** limit of liability for loss under this coverage will be the lesser of:
1. The cost of new property of similar make, type, quality, capacity, and size; or
2. The reasonable cost of repair with parts of like kind and quality; or
3. The limit of liability as shown for this coverage on the Declarations of this policy.

**We** reserve the right to repair or replace the damaged property or to pay for this loss in money.

# COVERAGE 6 - INCREASED LOSS ASSESSMENT COVERAGE

**We** will pay **your** share of the following assessments charged against all building owners by the association up to the limit of liability shown on the Declarations:
1. loss or damage to the property held in common by all building owners, if caused by a peril listed under Section I - Losses We Cover;
2. **bodily injury** or **property damage** covered under Section II of the policy.
3. damages for which the association may be obligated to pay because of **personal injury.**

"**Personal Injury**" is defined as injury arising out of one or more of the following:
1. false arrest, false imprisonment, wrongful detention or malicious prosecution;
2. wrongful eviction or wrongful entry;
3. libel, slander, defamation of character or invasion of privacy.

The Section II - Losses We Do Not Cover do not apply to **personal injury.** Loss Assessment Coverage for **personal injury** does not apply to:
1. Liability assumed by **you** under any contract or agreement.
2. Injury caused by a violation of a penal law or ordinance committed by **you** or with **your** knowledge or consent.
3. Injury sustained by any person as a result of an offense related in any manner to the employment of this person by **you.**

4. Injury arising out of **your** past or present **business** activities.
5. Civic or public activities performed for pay by **you.**

**We** will pay only when the assessment exceeds $250 and then only for the amount of such excess. This coverage is not subject to any deductible contained in Section I of this policy. This coverage shall be excess over any other insurance covering the association of building owners.

This coverage is subject to all of the Exclusions and Conditions of Section I and Section II, except where noted.

Any reduction or elimination of payments for losses because of any deductible applying to the insurance coverage of the association of building owners collectively is not covered under this protection.

## COVERAGE 7 - INCREASED COVERAGE ON MONEY

The $200 limitation on money, bullion, bank notes, coins, medals and other numismatic property under Special Limitations On Certain Property in Section I - Coverages is increased to the amount shown on the Declarations for this option.

## COVERAGE 8 - INCREASED COVERAGE ON SILVERWARE AND GOLDWARE

The theft limitation on silverware and goldware under Special Limitations On Certain Property in Section I - Coverages is increased to the amount shown in the Declarations for this option.

## COVERAGE 9 - INCREASED COVERAGE ON CREDIT CARD, BANK FUND TRANSFER CARD, FORGERY AND COUNTERFEIT MONEY

The $1000 limit of liability for this coverage as shown in Section I - Additional Coverages 7. is increased to the amount shown in the Declarations for this option.

## COVERAGE 10 - PRIVATE STRUCTURES RENTED TO OTHERS

Under Coverage B - Private Structures, coverage is provided for the private structures rented to others as shown in the Declarations. **Our** limit of liability for the private structures rented to others is the amount shown in the Declarations for this option. Under Coverage F - Personal Liability and Coverage G - Medical Payments To Others, coverage is provided for the private structure rented to others shown in the Declarations for this option.

## COVERAGE 11 - MERCHANDISE FOR SALE

Under Coverage C - Personal Property, **we** will pay for loss to **business** property consisting of merchandise held as samples, held for sale or held for delivery after sale. Coverage applies only when the merchandise is located on the **residence premises. Our** limit of liability is the amount shown in the Declarations for this option.

## COVERAGE 12 - INCREASED COVERAGE ON TREES, PLANTS AND SHRUBS

The 5% of the Coverage A limitation for loss to trees, shrubs and plants and the $500 limitation for any one tree, shrub or plant in Section I - Additional Coverages are increased to 10% of the Coverage A limit of liability for loss to trees, shrubs and plants and no more than $1000 for any one tree, shrub or plant. The limitation on lawns is not changed.

## SECTION II - LOSSES WE COVER

## COVERAGE F - PERSONAL LIABILITY

**We** will pay all sums for **bodily injury** and **property damage** to others for which the law holds **you** responsible because of an **occurrence.** This includes prejudgment interest awarded against **you.**

**We** will defend **you,** at **our** expense with counsel of **our** choice, against any suit or claim seeking these damages. **We** may investigate, negotiate, or settle any suit or claim.

**We** are not obligated to pay any claim or judgment or defend any suit if **we** have already exhausted the limit of liability set forth in the Declarations by paying judgments or settlements.

## COVERAGE G - MEDICAL PAYMENTS TO OTHERS

**We** will pay the reasonable **medical expenses** that are incurred or medically ascertained within three years from the

date of the accident causing **bodily injury.** This coverage does not apply to **you.** This coverage does apply to others who sustain **bodily injury** as a result of an accident, while they are:

1. on the **insured premises** with **your** permission.
2. off the **insured premises,** if the **bodily injury:**
   A. arises out of a condition on the **insured premises** or immediately adjoining ways.
   B. is caused by **your** activities.
   C. is caused by a **residence employee** in the course of employment by **you.**
   D. is caused by an animal owned by **you** or in **your** care.
   E. is sustained by any **residence employee** arising out of and in the course of employment by **you.**

# SECTION II - LOSSES WE DO NOT COVER

## UNDER COVERAGE F - PERSONAL LIABILITY AND COVERAGE G - MEDICAL PAYMENTS TO OTHERS, WE DO NOT COVER:

1. **bodily injury** or **property damage** which is reasonably expected or intended by **you** or which is the result of **your** intentional and criminal acts. This exclusion is applicable even if **you** lack the mental capacity, for whatever reason, to govern **your** conduct.

2. **bodily injury** or **property damage** arising out of or in connection with **your business** activities. This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the **business.**

   With respect to Coverage F - Personal Liability, this exclusion does not apply to **your** occasional or part-time **business** activities if **you** are under 19 years of age or a full-time student under 21 years of age.

3. **your** legal liability to any person resulting from **your** regular care of one or more persons anywhere for economic gain and regardless of whether such care or premises is licensed or not. The mutual exchange of home day care services is not considered to be for economic gain. This exclusion does not apply to **your** occasional care or babysitting.

4. **bodily injury** or **property damage** arising out of the rendering of or failing to render professional services of any kind.

5. **bodily injury** or **property damage** arising out of the use of any premises owned, rented or controlled by **you.** Coverage does apply to:
   A. the **insured premises; and**
   B. **bodily injury** to a **residence employee.**

6. **bodily injury** or **property damage** arising out of:
   A. the ownership, maintenance, occupancy, use, loading or unloading of a **motor vehicle** owned or operated by or rented or loaned to **you;** or
   B. the entrustment by **you** of a **motor vehicle** described in A. above to any person; or
   C. statutorily imposed vicarious parental liability for the actions of a child or minor using a conveyance described in paragraphs A. or B. above.

   Coverage is provided for **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by **you.**

7. **bodily injury or property damage** arising out of:
   A. the ownership, maintenance, occupancy, use, or loading or unloading of watercraft not on the **insured premises:**
      1. owned by or rented to **you** if it has inboard or inboard-outdrive motor power of more than 50 horsepower; or
      2. owned by or rented to **you** if it is a sailing vessel, with or without auxiliary power, 26 feet or more in length; or

   3.  owned by **you** if it is powered by one or more outboard motors with more than 25 total horsepower; or
   4.  designated as an airboat, air cushion, jet ski or similar type of craft.
   This exclusion does not apply while the watercraft is stored; or
B.  the entrustment by **you** of a watercraft described in A. above to any person; or
C.  statutorily imposed vicarious parental liability for the actions of a child or minor using a watercraft described in paragraphs A. or B. above.

Coverage is provided for **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by **you.**

8.  **bodily injury** or **property damage** arising out of:
   A.  the ownership, maintenance, occupancy, use, or loading or unloading of an aircraft; or
   B.  the entrustment by **you** of an aircraft to any person;
   C.  statutorily imposed vicarious parental liability for the actions of a child or minor using an aircraft.

Coverage is provided for **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by **you,** except while engaged in the operation or maintenance of aircraft.

9.  **bodily injury** or **property damage** caused directly or indirectly by war, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed to be a warlike act even if accidental.

10.  **bodily injury** to any insured within the meaning of Part 1 of the definition of **"you".**

11.  **bodily injury** or **property damage** resulting from the release of toxic chemicals and other pollutants or contaminants.

12.  statutorily imposed liability resulting from the release of toxic chemicals and other pollutants or contaminants.

## UNDER COVERAGE F - PERSONAL LIABILITY, WE DO NOT COVER:

1.  liability:
   A.  for **your** share of any loss assessment charged against all members of an association, corporation or community of property owners (see Section II - Additional Coverage, 4. Loss Assessment);
   B.  assumed by **you** under any unwritten contract or agreement, or by any contract or agreement in connection with **your business.**
2.  **property damage** to property owned by **you.**
3.  **property damage** to property occupied or used by **you,** rented to **you,** in **your** care or over which **you** have physical control. Coverage is provided for **property damage** caused by fire, explosion or smoke.
4.  **bodily injury** or **property damage** for which **you** are insured under any nuclear energy liability policy or would be insured but for the exhaustion of its limit of liability.
5.  **bodily injury** to any person eligible to receive benefits required to be provided or voluntarily provided by **you** under any workers compensation, non-occupational disability or occupational disease law.

## UNDER COVERAGE G - MEDICAL PAYMENTS TO OTHERS, WE DO NOT COVER BODILY INJURY:

1.  to a **resident employee** if the **bodily injury** occurs off the **insured premises** and does not arise out of or in the course of the **residence employee's** employment by **you.**
2.  from nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these;
3.  to any regular resident of the **insured premises,** except **your residence employee.**
4.  to any person eligible to receive benefits required to be provided or voluntarily provided under any workers compensation, non-occupational disability or occupational disease law.

# SECTION II - ADDITIONAL COVERAGES

**We** cover the following in addition to the limits of liability:

1. **Damage to Property of Others.**
   **We** will pay up to $500 each time **you** cause **property damage** to someone else's property during the term of the policy. At **our** option, **we** will pay the cost to either repair or replace the damaged property.

   **We** will not pay for **property damage:**
   A. to property covered in Section I of this policy.
   B. caused intentionally by **you** if **you** are 13 years of age or older.
   C. to property owned by or rented to **you**, any of **your** tenants or any resident of **your** household.
   D. arising out of:
      1. any act or omission in connection with a premises **you** own, rent or control, other than the **insured premises.**
      2. **business** activities.
      3. the ownership, maintenance, occupancy, operation, use, or loading or unloading of any **motor vehicle**, aircraft or watercraft, including airboat, air cushion, jet ski, sail board or similar type watercraft.

2. **Claim Expenses. We** will pay
   A. all costs **we** incur and costs taxed against **you** in any suit **we** defend.
   B. premiums on bonds required in any suit **we** defend, but not for bond amounts greater than the limit of liability for Coverage F - Personal Liability. **We** are not obligated to apply for or furnish any bonds.
   C. reasonable expenses **you** incur at **our** request.
   D. up to $100 per day for lost wages or salary, but not other income, because **you** attended a hearing or trial at **our** request.
   E. interest on the entire judgment awarded in any suit **we** defend which accrues after judgment is entered and before **we** pay, tender or deposit in court the amount for which **we** are liable under this policy.

3. **First Aid Expenses. We** will pay expenses for first aid to others **you** incur at the time of the accident for **bodily injury** to which this insurance applies. **We** will not pay for first aid to **you.**

4. **Loss Assessment. We** will pay up to $1000 for **your** share of any loss assessment charged during the policy period against **you** by a corporation or association of property owners, when the assessment is made as a result of:
   A. each **occurrence** to which Section II of this policy would apply;
   B. liability for each act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:
      1. the director, officer or trustee is elected by the members of a corporation or association of property owners; and
      2. the director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

   This coverage applies only to loss assessments charged against **you** as owner or tenant of the **insured premises. We** do not cover loss assessments charged against **you** or a corporation or association of property owners by any governmental body.

   Section II - Losses We Do Not Cover, Under Coverage F - Personal Liability, Exclusion 1.A. does not apply to this coverage.

# SECTION II - CONDITIONS

1. **Limit Of Liability.** Under Coverage F - Personal Liability, the limit of liability shown in the Declarations for "each **occurrence** " is the maximum **we** will pay for all damages as the result of any one **occurrence.**

   Under Coverage G - Medical Payments to Others, the limit of liability shown in the Declarations for "each person" is the maximum **we** will pay to any one person as a result of any one accident.

2. **Severability.** Subject to the limit of liability, this insurance applies separately to each covered person or organization against whom claim is made or suit is brought.

3. **Your Duties In The Event Of An Accidental Loss.** In the event of an accident or **occurrence, you** must do the following things:
   A. Promptly notify **us** or **our** representative, in writing, stating:
      1. **your** name and policy number.
      2. the date, place and circumstances of the accident.
      3. the name and address of anyone who might have a claim against **you.**
      4. the names and addresses of any witnesses.
   B. Immediately send **us** any legal papers relating to the accident.
   C. At **our** request, **you** must:
      1. cooperate with **us** and assist **us** in any matter concerning a claim or suit.
      2. help **us** enforce any right of recovery against any person or organization who may be liable to **you.**
      3. attend any hearing or trial.
      4. help **us** in collecting and giving evidence and obtaining the attendance of witnesses.
   D. Under Damage to Property of Others in Section II - Additional Coverages, give **us** a sworn statement of the loss within 60 days after the loss. Also, be prepared to show **us** any damaged property under **your** control.
   E. **You** must not voluntarily pay any money, assume any obligations, or incur any expenses, other than for first aid to others at the time of the loss as provided for in this policy.

4. **What An Injured Person Must Do Under Coverage G - Medical Payments To Others.** The injured person, or someone acting for that person, must do the following:
   A. Promptly give **us** written proof of the claim. If **we** request, this must be done under oath.
   B. Give **us** written authorization to obtain copies of all medical records and reports.
   C. Permit doctors **we** select to examine the injured person as often as **we** may reasonably require.

5. **Our Payment Of Loss Under Coverage G - Medical Payments To Others. We** may pay the injured person or the provider of the medical services. Such payment is not an admission of liability by **you** or **us.**

6. **Lawsuits Against Us.** No suit or action may be brought against **us** by **you** unless there has been full compliance with all of the policy terms.

   No one may sue **us** until the amount of legal liability has been finally determined either by judgment after trial or by written agreement of **you,** the injured person and **us.**

   No one shall have any right to make **us** a party to a suit to determine **your** liability.

7. **Other Insurance Under Coverage F - Personal Liability.** This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

## SECTION II - OPTIONAL COVERAGES

The following coverages are afforded only if indicated in the Declarations. They are subject to all of the provisions applicable to Section II, except as modified herein.

## COVERAGE 20 - BUSINESS PURSUITS

The insurance provided in Section II is extended to afford coverage for **bodily injury** and **property damage** arising out of the specified **business** activities of the person(s) designated in the Declarations.

**We** do not cover:
   1. **bodily injury** or **property damage** arising out of **business** activities when the **business** is owned or financially controlled by **you** or by a partnership or joint venture of which **you** are a partner or member.
   2. **bodily injury** or **property damage** arising out of the rendering or failure to render a professional service, other than teaching or school administration.
   3. **bodily injury** to **your** fellow employee arising in the course of employment.

   4.  when **you** are a member of the faculty or teaching staff of any school or college:
- A. **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, entrustment, or loading or unloading of the following when owned, hired or operated by or for **you** or **your** employer or used by **you** for the purpose of instruction:
    1. draft or saddle animals, including vehicles used with them;
    2. aircraft;
    3. **motor vehicles;**
    4. **recreational motor vehicles;** or
    5. watercraft, airboat, air cushion, jet ski or similar type of craft.
- B. **bodily injury** to any pupil arising out of corporal punishment administered by **you** or at **your** direction.

   5.  **your** legal liability to any person resulting from **your** regular care of one or more persons anywhere for economic gain and regardless of whether such care or premises is licensed or not. The mutual exchange of home day care services is not considered to be for economic gain. This exclusion does not apply to **your** occasional care or babysitting.

## COVERAGE 21 - WATERCRAFT LIABILITY

The insurance provided in Coverage F and G is extended to afford coverage for **bodily injury** and **property damage** arising out of the ownership, maintenance, entrustment, use, loading or unloading of watercraft described in the Declarations.

**We** do not cover:
1. **bodily injury** to any of **your** employees arising in the course of employment. This exclusion applies only if the employee's principal duties are in connection with the maintenance or use of such watercraft; or
2. such watercraft while it is used to carry persons for a charge or it is rented to others.

## COVERAGE 22 - INCIDENTAL OFFICE OCCUPANCY BY YOU

Coverage C - Personal Property is extended to include equipment, supplies and furnishings usual or incidental to the **business** described in the Declarations while located in the structure described in the Declarations. This coverage is in lieu of the $250 special limitation applying to property used or intended for use in a **business** under Coverage C - Personal Property.

This does not include any **computer** and the **peripheral device, media** or **purchased software** used with it. This also does not include merchandise held as samples or for sale or delivery after a sale.

The insurance provided under Coverage F - Personal Liability and Coverage G - Medical Payments To Others is extended to afford coverage for **bodily injury** and **property damage** arising out of **your business** activities which are usual or incidental to the use of the described structure.

**We** do not cover:
1. **bodily injury** to any employee other than a **residence employee;** or
2. **bodily injury** to any student arising out of corporal punishment administered by **you** or at **your** direction; or
3. liability arising out of any acts, omissions or errors of **you** or any other person for whose acts **you** are liable, resulting from the preparation or approval of data, plans, designs, opinions, reports, programs, specification, supervisory inspections or engineering services in the conduct of **your** incidental **business** involving data processing, **computer** consulting or **computer** programming; or
4. **your** legal liability to any person resulting from **your** regular care of one or more persons anywhere for economic gain and regardless of whether such care or premises is licensed or not. The mutual exchange of home day care services is not considered to be for economic gain. This exclusion does not apply to **your** occasional care or babysitting.

## COVERAGE 23 - ADDITIONAL RESIDENCES RENTED TO OTHERS

The insurance provided in Section II is extended to afford **bodily injury** and **property damage** coverage to **you** on the additional one, two, three or four family dwelling rented to others and designated in the Declarations. The definition of **insured premises** is amended to include the designated rented dwelling.

## COVERAGE 24 - ADDITIONAL RESIDENCES OCCUPIED BY YOU

The insurance provided in Section II is extended to afford **bodily injury** and **property damage** coverage to **you** on **your** additional dwelling that is designated in the Declarations for this coverage. The definition of **insured premises** is amended to include the designated dwelling **you** occupy.

## COVERAGE 25 - PERSONAL INJURY

The insurance provided in Coverage F - Personal Liability is extended to include protection for **personal injury.**

"**Personal injury**" is defined as injury arising out of one or more of the following:
1. false arrest, false imprisonment, wrongful detention or malicious prosecution;
2. wrongful eviction or wrongful entry;
3. libel, slander, defamation of character or invasion of privacy.

The Section II - Losses We Do Not Cover do not apply to **personal injury.**

Under **personal injury we** do not cover:
1. liability assumed by **you** under any contract or agreement except any indemnity obligation assumed by **you** under a written agreement directly relating to the ownership, maintenance or use of the **insured premises;**
2. injury caused by a violation of a penal law or ordinance committed by **you** or with **your** knowledge or consent;
3. injury sustained by any person as a result of an offense directly or indirectly related to the employment of this person by **you;**
4. injury arising out of **your business activities;**
5. civic or public activities performed for pay by **you;**

# GENERAL CONDITIONS - SECTIONS I AND II

1. **Policy Period.** This policy applies only to accidental loss in Section I or **bodily injury** or **property damage** in Section II, which occurs during the policy period.

2. **Concealment Or Fraud.** This policy is void as to all persons defined as **you** in the General Definitions under Part 1 if any person so defined intentionally conceals or misrepresents any material fact or circumstance or makes false statements or engages in fraudulent conduct relating to this insurance, either before or after a loss. If this policy is void, all premiums paid will be returned since no coverage exists under the policy.

3. **Conformity To Statute.** The terms of this policy which are in conflict with the statutes of the state in which the **insured premises** is located are hereby amended to conform to such statutes.

4. **Death.** If any person named in the Declarations dies, **we** insure:
   A. the spouse, if a resident of the household at the time of death.
   B. the legal representative of the deceased, but only with respect to the premises and property of the deceased covered by this policy at the time of death.
   C. any member of the deceased's household who was covered at the time of death, but only while a resident of the **insured premises.**
   D. with respect to the property of the deceased, the person having proper temporary custody thereof, but only until appointment and qualification of a legal representative.

5. **Liberalization. We** will automatically give **you** the benefit of any extension or broadening of this edition of the policy if the change does not require additional premiums.

   From time to time **we** may replace this policy in order to reflect any changes introduced since it was issued. However, any replacement policy will not change the limits or coverage with respect to any accident, **occurrence** or loss which occurred before it was replaced.

6. **Waiver Or Change Of Policy Provisions.** Any waiver or change in any provision of this policy must be in writing. **Our** request for an appraisal or examination under oath will not waive any of **our** rights.

7. **Cancellation. You** may cancel this policy by telling **us** on what future date **you** wish to stop coverage.

**We** may cancel this policy by delivering to **you** or by mailing to **you, at your** last known address shown on **our** records, notice stating when such cancellation will be effective. This notice will be mailed to **you** not less than the minimum number of days required by state law if **you** have not paid **your** premium when it is due or not less than 20 days prior to the effective date of cancellation if:

A. this policy has been in effect less than 60 days at the time notice of cancellation is mailed.

B. this policy has been in effect 60 days and any one of the following conditions exist:

1. the policy was obtained through material misrepresentation, fraudulent statements, omissions or concealment of facts pertinent to acceptance by **us**.

2. there has been a substantial change in the covered property which increased the hazards **we** originally agreed to insure.

3. there have been willful or negligent acts or omissions by **you** which increased the hazards **we** originally agreed to insure.

4. continuation of the policy would be in violation of the law.

In any case of termination of this policy by **us, our** mailing of notice to **your** last known address on **our** records will constitute proof of notice as of the date **we** mail it. **We** will comply with any law relating to the termination of this policy which contains different requirements.

If **you** cancel **your** policy, the earned premium may be computed in accordance with **our** short rate method. If **we** cancel **your** policy, the earned premium will be computed pro-rata and the returned premium shall be rounded to the nearest dollar. The refund will be made as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

8. **Nonrenewal. We** may elect not to renew this policy. **We** may do so by delivering to **you**, or mailing to **you** at **your** mailing address shown in the Declarations, written notice at least 30 days before the renewal date of this policy. Proof of mailing will be sufficient proof of notice.

9. **Assignment. You** may not assign this policy to another person without **our** written consent.

10. **Bankruptcy Or Insolvency. Your** bankruptcy or insolvency will not relieve **us** of any obligation under this policy.

11. **Our Recovery Right. You** may waive in writing before a loss all rights of recovery against any person. If not waived, **we** may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, **you** must sign and deliver all related papers and cooperate with **us**.

This does not apply under Section II to Coverage G - Medical Payments To Others or to the Additional Coverage - 1. Damage to Property of Others.

12. **Premium.** All premiums for this policy will be computed in accordance with **our** rules, rates, rating plans, premiums and minimum premiums in effect at the beginning of **your** current policy period. Each year, on the renewal date of the policy the premium for renewal of this policy will be computed on the basis of **our** manuals then in use. Premiums are payable on the dates set forth by **us**.

Any premium adjustments made for any reason will be rounded to the nearest dollar, in accordance with the manuals in use by **us**.

In Witness Whereof, **we** have caused this policy to be signed by **our** President and **our** Secretary at Warwick, Rhode Island. In the event that the President or Secretary who signed this contract cease to be **our** officers, either before or after the contract is issued, the contract may be issued with the same effect as if they were still **our** officers.

Secretary                              President

## AMENDATORY CANCELLATION
## ENDORSEMENT

Under **GENERAL CONDITIONS - SECTIONS I AND II,** the second paragraph of **Cancellation** is deleted and replaced by:

**We** may cancel this policy by delivering to **you** or by mailing to **you,** at **your** last known address shown on **our** records, notice stating when such cancellation will be effective.

This notice will be mailed to **you** not less than 10 days prior to the effective date of cancellation if:

A. **you** have not paid **your** premium when it is due; or

B. this policy has been in effect less than 60 days at the time notice of cancellation is mailed.

This notice will be mailed to **you** not less than 20 days prior to the effective date of cancellation if this policy has been in effect 60 days or more and any one of the following conditions exist:

A. The policy was obtained through material misrepresentation, fraudulent statements, omissions, or concealment of facts pertinent to acceptance by **us.**

B. There has been a substantial change in the covered property which increased the hazards **we** originally agreed to insure.

C. There have been willful or negligent acts or omissions by **you** which increased the hazards **we** originally agreed to insure.

D. Continuation of the policy would be in violation of the law.

E. Any person defined as **you** conceals or misrepresents any material fact or circumstance or engages in any fraudulent conduct in making a claim under this policy.

All other provisions of the policy apply except as modified by this endorsement.

## AMENDATORY ENDORSEMENT

1. Under **SECTION I - LOSSES WE DO NOT COVER, Intentional Loss** and under **SECTION II - LOSSES WE DO NOT COVER, UNDER COVERAGE F - PERSONAL LIABILITY AND COVERAGE G - MEDICAL PAYMENTS TO OTHERS, WE DO NOT COVER:**, item 1., the following is added:

   However, if **you** commit an act with the intent to cause a loss, **we** will provide coverage to an innocent insured victim of domestic abuse, as defined in the "Domestic Abuse Insurance Protection Act", to the extent of that person's interest in the property when the damage is proximately related to and in furtherance of domestic abuse.

2. Under **GENERAL CONDITIONS - SECTIONS I AND II**, item 11. **Our Recovery Right,** the following is added:

   If **we** pay an innocent co-insured for a loss caused by an act of domestic abuse, the rights of that insured to recover damages from the perpetrator of the abuse are transferred to **us** to the extent of **our** payment. That insured may not waive such rights to recover against the perpetrator of the domestic abuse.

All other provisions of the policy apply except as modified by this endorsement.

# AMENDATORY ENDORSEMENT

Under **SECTION I - CONDITIONS,** item 2. **What You Must Do After A Loss,** item A. is deleted and replaced by:

A.  Immediately notify **us** or **our** representative.  Furthermore, notice cannot be later than 180 days after the date of loss when the covered cause of loss is from weather conditions.  No coverage will apply if notice is received 180 days or more after a weather related loss.

In case of theft, promptly notify the police.

In case of loss under the credit card or bank fund transfer card coverage, promptly notify the credit card company or bank.

All other provisions of the policy apply except as modified by this endorsement.

ENDORSEMENT H445

THIS ENDORSEMENT CHANGES YOUR POLICY.
READ THIS CAREFULLY.

## FUNGUS AND MOLD
## AMENDATORY ENDORSEMENT

I.   Under **SECTION I - ADDITIONAL COVERAGES:**

1.   item 1. **Loss of Use,** the following is added prior to item A.:

This Loss of Use Additional Coverage applies upon loss to covered property resulting from a covered cause of loss. However, this Additional Coverage does not apply to damages resulting from fungi, mold, mushrooms, bacteria, mildew, wet rot, or dry rot and any mycotoxins, spores, scents or by-products produced by any of these.

2.   the following is added:

**Fungus and Mold Remediation. We** will pay up to a limit of $10,000 for remediation treatment and remediation testing as necessary to complete the repair or replacement of the damaged property. This coverage applies when property covered under Coverages A, B or C is damaged by a covered water loss. Furthermore, this coverage applies only if all reasonable means were used to save and preserve the property from further damage at and after the time of the covered water loss. This limit includes:

A.   the cost to tear out and replace any part of the covered property necessary to gain access to any organisms listed under remediation treatment; and

B.   if the need for remediation treatment or remediation testing makes the **residence premises** uninhabitable, the reasonable increase in living expenses and **your** loss of rental income. Payment will be for the shortest time required to perform the remediation treatment or remediation testing.

Remediation treatment means the reasonable and necessary treatment, removal or disposal of fungi, mold, mushrooms, bacteria, mildew, wet rot, or dry rot and any mycotoxins, spores, scents or by-products produced by any of these.

Remediation testing includes any testing or investigation of either property or air to detect, measure, evaluate or confirm the absence, presence or level of organisms listed under remediation treatment whether performed prior to, during or after remediation treatment.

If more than one **residence premises** is insured under this policy, this is the most **we** will pay, for any one loss at any one covered location, for the total of all loss or costs payable under this Additional Coverage. This applies regardless of the number of claims made under this policy.

II.  Under **SECTION I - LOSSES WE COVER, COVERAGE C - PERSONAL PROPERTY:**

1.   the first paragraph is deleted and replaced by:

**We** will pay for sudden and accidental direct physical loss or damage to the property described in Coverage C - Personal Property, except as excluded in this section and in Section I - Losses We Do Not Cover, caused by:

2.   the following exclusion is added:

**We** do not cover loss or damage to property, no matter how caused, which results directly or indirectly from fungi, mold, mushrooms, bacteria, mildew, wet rot, or dry rot and any mycotoxins, spores, scents or by-products produced by any of these. There is no coverage for loss which, in whole or part, arises out of, is aggravated by, contributed to by acts or omissions of persons, or results from fungi, mold, mushrooms, bacteria, mildew, wet rot, or dry rot and any mycotoxins, spores, scents or by-products produced by any of these. This exclusion applies, except as granted under **SECTION I - ADDITIONAL COVERAGES** for **Fungus and Mold Remediation,** regardless of whether fungi, mold, mushrooms, bacteria, mildew, wet rot, or dry rot and any mycotoxins, spores, scents or by-products produced by any of these arises from any other cause of loss which may be otherwise covered by this policy, including but not limited to a loss involving water, water damage or discharge.

III. Under **SECTION I- LOSSES WE DO NOT COVER,** item 1.A. is deleted and replaced by:

    A.

      1. wear and tear, marring, scratching, aging, deterioration, corrosion, rust, mechanical breakdown, latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;

      2. fungi, mold, mushrooms, bacteria, mildew, wet rot, or dry rot and any mycotoxins, spores, scents or by-products produced by any of these. There is no coverage for loss which, in whole or part, arises out of, is aggravated by, contributed to by acts or omissions of persons, or results from fungi, mold, mushrooms, bacteria, mildew, wet rot, or dry rot and any mycotoxins, spores, scents or by-products produced by any of these. This exclusion applies, except as granted under **SECTION I - ADDITIONAL COVERAGES** for **Fungus and Mold Remediation,** regardless of whether fungi, mold, mushrooms, bacteria, mildew, wet rot, or dry rot and any mycotoxins, spores, scents or by-products produced by any of these arises from any other cause of loss which may be otherwise covered by this policy, including but not limited to a loss involving water, water damage or discharge.

IV. Under **SECTION II - LOSSES WE DO NOT COVER, UNDER COVERAGE F - PERSONAL LIABILITY AND COVERAGE G - MEDICAL PAYMENTS TO OTHERS, WE DO NOT COVER:,** the following is added:

    1. **bodily injury** and **property damage** in excess of $50,000 directly or indirectly caused by or resulting from inhalation, ingestion, existence or exposure to fungi, mold, mushrooms, bacteria, mildew, wet rot, or dry rot and any mycotoxins, spores, scents or by-products produced by any of these. This exclusion applies regardless of any other cause, event, material, product and/or building component that contributed concurrently or in any sequence to the injury or damage. However, this exclusion does not apply to the extent that fungi, mold, mushrooms, or bacteria are on or are contained in a good or product intended for consumption.

    2. damages arising out of **property damage** and any costs or expenses or loss incurred as a result of any government directive, law, regulation, request, requirement or mandate to remove, clean up, test, monitor, abate, contain, neutralize or treat fungi, mold, mushrooms, bacteria, mildew, wet rot, or dry rot and any mycotoxins, spores, scents or by-products produced by any of these. This exclusion applies regardless of any other cause, event, material, product and/or building component that contributed concurrently or in any sequence to the injury or damage.

All other provisions of the policy apply except as modified by this endorsement.

# AMENDATORY ENDORSEMENT

1.  Under **INSURING AGREEMENT AND DECLARATIONS**, the following is added:

    This policy is issued and renewed in reliance upon payment of the required premium.

2.  Under **SECTION I - COVERAGES, COVERAGE A - DWELLING**, item 2. is deleted and replaced by:

    2.  structures, equipment and accessories attached to the dwelling. Swimming pools not fully enclosed within the dwelling are covered under Coverage B - Private Structures.

3.  Under **SECTION I - COVERAGES, SPECIAL LIMITATIONS ON CERTAIN PROPERTY**:

    A.  item 4. is deleted and replaced by:

        4.  $1000 for loss by theft of jewelry, watches, furs, and loose precious and semi-precious stones.

    B.  item 8. is deleted and replaced by:

        8.  $1000 for any property on the **residence premises** used or intended for use in a **business**.

            $250 for any property away from the **residence premises** used or intended for use in a **business**.

            This does not include any **computer** and the **peripheral device, media** or **purchased software** used with it. This also does not include merchandise held as samples or for sale or delivery after a sale.

    C.  item 9. is deleted and replaced by:

        9.  $5000 for **computers** and the **peripheral device(s), media** and **purchased software** used with them. The **media** will be covered only up to its retail value, if pre-programmed, or the retail value of the **media** in blank or unexposed form, if blank or self-programmed.

            **Computers** and the owned **peripheral device, media** and **purchased software** not on the **residence premises** are not covered, unless on the residence of a student away at school.

    D.  item 11. is deleted.

    E.  the following items are added:

        a.  $5000 for memorabilia, souvenirs, and collectors items such as trading cards, comic books, autographed merchandise and similar articles for which the age, history, scarcity and condition contribute substantially to their value.

        b.  $5000 for loss by theft of tools. Tools used or intended for use in a **business** are limited by item 8. above.

        c.  $1000 for loss to electronic apparatus, while in or upon a **motor vehicle** or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:

    i.   accessories or antennas; or

    ii.  tapes, wires, records, discs or other **media**;

for use with any electronic apparatus.

Electronic apparatus does not include **computers**.

4.  Under **SECTION I - COVERAGES, PERSONAL PROPERTY NOT COVERED** , **We** do not cover:

A.  item 3. is deleted and replaced by:

    3.  any **motor vehicles** or any other motorized land conveyances including motorized bicycles owned or operated by, or rented or loaned to **you**.  This includes:

      a.  their equipment and accessories; or

      b.  electronic apparatus that is designed to be operated solely by use of the power from the electrical system of **motor vehicles** or all other motorized land conveyances.  Electronic apparatus includes:

        1.  accessories or antennas; or

        2.  tapes, wires, records, discs or other **media**;

      for use with any electronic apparatus.

The exclusion of property described in items 3.a. and 3.b. above applies only while the property is in or upon the vehicle or conveyance.

**We** do provide coverage for unlicensed vehicles, not subject to registration, which are used to service the **residence premises** or designed for assisting the handicapped;

B.  item 4. is deleted and replaced by:

    4.  aircraft and parts.  Aircraft including self-propelled missiles and spacecraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

C.  item 10. is deleted.

5.  Under **SECTION I - ADDITIONAL COVERAGES**:

A.  item 1. **Loss of Use**, section A. is deleted and replaced by:

    A.  When a property loss **we** cover under this Section makes that part of the **residence premises** where **you** reside not fit to live in, **we** will pay, at **your** choice, either of the following.  However, if the **residence premises** is not **your** principal place of residence, **we** will not provide the option under item 2. below:

      1.  **Additional Living Expense.**  **We** will pay the reasonable increase in living expenses necessary to maintain **your** normal standard of living.  **Our** liability will not exceed the smallest of:

    a. payment for the shortest time to either repair or replace the **residence premises**. This period of time is not limited by the expiration of this policy;

    b. payment for the shortest time for **your** household to settle elsewhere, if **you** permanently relocate. This period of time is not limited by the expiration of this policy; or

    c. the limit of liability for Loss of Use as specified in the policy Declarations.

  2. **Fair Rental Value**. **We** will pay the fair rental value of that part of the **residence premises** where **you** reside less any expenses that do not continue while the premises is not fit to live in. **Our** liability will not exceed the smallest of:

    a. payment for the shortest time to either repair or replace the **residence premises**. This period of time is not limited by the expiration of this policy;

    b. payment for the shortest time for **your** household to settle elsewhere, if **you** permanently relocate. This period of time is not limited by the expiration of this policy; or

    c. the limit of liability for Loss of Use as specified in the policy Declarations.

B. item 1. **Loss of Use**, section C. **Prohibited Use**, item 2. is deleted.

C. item 6. is deleted and replaced by:

  6. **Refrigerated Contents**. **We** will pay up to $1000 for the contents of a freezer or refrigerated food storage unit on the **residence premises** for loss due to a power failure or mechanical failure. If mechanical failure or power failure is known to **you**, all reasonable means must be used to protect the property from further damage or this coverage is void. The policy deductible does apply to this coverage.

D. item 8. **Trees, Shrubs, Plants and Lawns**, the second paragraph is deleted and replaced by:

  **We** will also pay up to $500 for any one loss for the reasonable expenses **you** incur for the removal from **your residence premises** of:

  A. **your** tree(s) felled by windstorm, hail or the weight of ice, snow or sleet, provided the tree is resting on or against the dwelling or building structure or caused damage to property covered under Coverage A - Dwelling or Coverage B - Private Structures; or

  B. **your** neighbor's tree felled by a loss **we** cover for Coverage C - Personal Property, provided the tree caused damage to property covered under Coverage A - Dwelling or Coverage B - Private Structures.

6. Under **SECTION I - LOSSES WE COVER, COVERAGE C - PERSONAL PROPERTY**, item 9. is deleted and replaced by:

  9. **Theft**, or attempted theft, including loss of property from a known place when it is likely that a theft has occurred.

  **We** do not cover loss caused by theft:

  A. if committed by **you** or by any person renting the **residence premises**.

B. in or from a dwelling under construction or materials and supplies for use in construction, until the dwelling is completed and occupied.

C. from any part of the **residence premises** rented by **you** to others.

**We** do not cover loss caused by theft that occurs away from the **residence premises** of:

A. property while in any other residence owned, rented to or occupied by **you**, except while **you** are temporarily residing there. Coverage is provided for a student's property while at a premises away from home if the student has been there at any time during the 45 days immediately preceding the loss;

B. watercraft, its furnishings, equipment and outboard motors; or

C. trailers and campers.

7. Under **SECTION I - LOSSES WE DO NOT COVER:**

A. Item 1. E . is deleted and replaced by:

E. animals owned or kept by **you**, birds, vermin, rodents or insects.

B. item 3., the following is added:

C. Weather Conditions. However, this exclusion only applies if weather conditions contribute in any way with an excluded event or a cause of loss to produce the loss.

C. the following item is added:

4. **Lead Exposure**

**We** do not cover loss or damage to the **residence premises** or any property owned, rented or controlled by **you** (including private structures and private approaches), which result directly or indirectly from the presence of lead. **We** do not cover any costs or expenses incurred or loss arising out of:

A. the abatement, neutralization, cleanup, removal, repair, refurbishing or treatment of:

1. lead;

2. property containing lead;

3. soil, or earth containing lead;

4. water, pipes or plumbing containing lead;

5. paint, putty, dust or plaster containing lead; or

6. any other product or substance containing lead.

B. any government directive, law, regulation, request, requirement or mandate to remove, clean up, test, monitor, abate, contain, neutralize or treat:

1. lead;

    2.   property containing lead;

    3.   soil, or earth containing lead;

    4.   water, pipes of plumbing containing lead;

    5.   paint, putty, dust or plaster  containing lead; or

    6.   any other product or substance containing lead.

8.  Under **SECTION I - CONDITIONS**, item 3. **How We Settle A Loss**:

    A.  section A., the following is added:

        8.   satellite dishes; solar panels; outdoor well pumps; and outdoor heating and  cooling units.

    B.  section B., the first paragraph is deleted and replaced by:

        Building structures under Coverage A - Dwelling and Coverage B - Private Structures.  Subject to the applicable deductible, **we** will pay the full cost of repair or replacement without deduction for depreciation for building structures subject to the following:

    C.  section B., item 5. is deleted and replaced by:

        5.   **We** will not pay more than the actual cash value of the damage to the structure until actual repair or replacement is complete.  **You** may make a further claim within 180 days after the loss, provided **you** still have an insurable interest in the property, for any additional liability based on the replacement cost value at the time of the loss.

9.  Under **SECTION I - OPTIONAL COVERAGES, COVERAGE 2 - REPLACEMENT PLUS**:

    A.  the first paragraph is deleted and replaced by:

        For the dwelling under Coverage A, subject to the deductible shown in the Declarations, and subject to Condition 3. **How We Settle A Loss**, section A, **we** will pay the full cost of repair or replacement without deduction for depreciation even if that cost exceeds the amount shown in the Declarations.

    B.  the following is added after item 4. and prior to the last two paragraphs:

        5.   Payment under Replacement Plus will not include any increased costs of loss or damage resulting from the requirement of, or enforcement of, any ordinance or law regulating the construction, repair, demolition or zoning of the dwelling under Coverage A unless specifically provided under this policy.

10. Under **SECTION I - OPTIONAL COVERAGES, COVERAGE 3 - REPLACEMENT COST ON CONTENTS** is deleted and replaced by:

**COVERAGE 3 - REPLACEMENT COST ON CONTENTS**

**We** will pay the full cost of repair or replacement, less the applicable deductible, without deduction for depreciation for carpeting, household appliances and personal property covered under Coverage C - Personal Property.  Replacement Cost on Contents will also apply to the articles or classes of property separately described and specifically insured in this policy.

1.  This coverage does not apply to:

    a.  antiques, fine arts, paintings, statuary and similar articles which, by their inherent nature, cannot be replaced with new articles.

    b.  articles for which the age, history, scarcity or condition contribute substantially to their value. This includes, but is not limited to, memorabilia, souvenirs, and collectors items such as trading cards, comic books, and autographed merchandise.

    c.  property which is obsolete or unusable because of its age or condition prior to the loss, or not being used for the purpose for which it was originally intended.

    d.  articles separately described and specifically insured in any other policy.

    e.  watercraft, including their trailers, furnishings, equipment and outboard motors.

    f.  **recreational motor vehicles**.

    g.  aerials, antennas, and awnings.

    h.  cesspools, septic tanks and septic fields.

    i.  outdoor equipment and swimming pools.

    j.  structures, other than building structures.

    k.  satellite dishes, solar panels, outdoor well pumps and outdoor heating and cooling units.

2.  **Our** liability for any loss shall not exceed the smallest of the following amounts for any one **occurrence**:

    a.  The cost to replace the property with a similar property of like kind and quality;

    b.  The full cost of repair to restore the property to its original condition; or

    c.  The limit of liability for Coverage C shown in the Declarations subject to the **SPECIAL LIMITATIONS ON CERTAIN PROPERTY** under **SECTION I - COVERAGES**.

3.  **We** will not be liable for any loss before the actual repair, restoration or replacement is completed.

4.  If **you** decide not to repair, restore or replace the damaged or stolen property, settlement will be on an actual cash value basis. **You** may make any claim within 180 days after the date of loss for any additional payment on a replacement cost basis if **you** repair, restore or replace the damaged or stolen property.

11. Under **SECTION II - LOSSES WE COVER, COVERAGE F - PERSONAL LIABILITY** is deleted and replaced by:

**COVERAGE F - PERSONAL LIABILITY**

**We** will pay all sums for **bodily injury** and **property damage** to others for which the law holds **you** responsible because of an **occurrence**. This includes pre-judgment interest awarded against **you**.

**We** will defend **you**, at **our** expense with counsel of **our** choice, against any suit seeking these damages. **We** may investigate, negotiate, or settle any suit.

**We** are not obligated to pay any judgment or defend any suit if **we** have already exhausted the limit of liability set forth in the Declarations by paying judgments or settlements.

12. Under **SECTION II - LOSSES WE DO NOT COVER, UNDER COVERAGE F - PERSONAL LIABILITY AND COVERAGE G - MEDICAL PAYMENTS TO OTHERS, WE DO NOT COVER:**

A. item 1. is deleted and replaced by:

1. **bodily injury** or **property damage** which is reasonably expected or intended by **you** or which is the result of **your** intentional and criminal acts. This exclusion is applicable even if **you** lack the mental capacity, for whatever reason, to govern **your** conduct. However, this exclusion does not apply to **bodily injury** or **property damage** resulting from the use of reasonable force by **you** to protect persons or property.

B. item 2., the following is added:

If the **residence premises** is shown in the Declarations as a 2, 3 or 4 family dwelling, this exclusion does not apply to the portions that are rented by **you** to others or held for rental by **you** to others for use only as a residence.

C. the following items are added:

a. damages arising out of **bodily injury** caused by or resulting from ingestion, poisoning or exposure to lead.

b. **property damage** resulting from:

i.    lead;

ii.   property containing lead;

iii.  soil, or earth containing lead;

iv.  water, pipes or plumbing containing lead;

v.   paint, putty, dust or plaster containing lead; or

vi.  any other product or substance containing lead;

arising out of the existence, use, possession or occupancy of the **insured premises** or any property owned, rented or controlled by **you**, including the private structures and private approaches.

c. **property damage** and loss and any costs or expenses incurred as a result of any governmental directive, law, regulation, request, requirement or mandate to remove, clean up, test, monitor, abate, contain, neutralize or treat:

i.    lead;

ii.   property containing lead;

      iii.  soil, or earth containing lead;

      iv.  water, pipes or plumbing containing lead;

      v.  paint, putty, dust or plaster containing lead; or

      vi.  any other product or substance containing lead;

arising out of the existence, use, possession or occupancy of the **insured premises** or any property owned, rented or controlled by **you**, including the private structures and private approaches.

13. Under **SECTION II - CONDITIONS**, item 2. is deleted.

14. Under **SECTION II - OPTIONAL COVERAGES**:

    A.  **COVERAGE 23 - ADDITIONAL RESIDENCES RENTED TO OTHERS** is deleted and replaced by:

        **COVERAGE 23 - ADDITIONAL RESIDENCES RENTED TO OTHERS**

        The insurance provided under Coverage F - Personal Liability and Coverage G - Medical Payments To Others is extended to afford coverage for **bodily injury** and **property damage** to **you** on the additional one, two, three or four family dwelling rented to others and designated in the Declarations.  The definition of **insured premises** is amended to include the designated rented dwelling.

    B.  **COVERAGE 24 - ADDITIONAL RESIDENCES OCCUPIED BY YOU** is deleted and replaced by:

        **COVERAGE 24 - ADDITIONAL RESIDENCES OCCUPIED BY YOU**

        The insurance provided under Coverage F - Personal Liability and Coverage G - Medical Payments To Others is extended to afford coverage for **bodily injury** and **property damage** to **you** on **your** additional dwelling that is designated in the Declarations for this coverage.  The definition of **insured premises** is amended to include the designated dwelling **you** occupy.

15. Under **GENERAL CONDITIONS - SECTIONS I AND II**:

    A.  item 2. **Concealment Or Fraud** is deleted and replaced by:

      2.  **Concealment Or Fraud.**  All coverages under this policy are void as to all persons defined as **you** if **you** conceal or misrepresent any material or fact or circumstance or make false statements or engage in fraudulent conduct affecting any matter relating to this insurance or any loss for which coverage is sought, whether before or after a loss.  If this policy is void, all premiums paid during the policy period will be returned as required by law.

    B.  item 5. **Liberalization** and item 6. **Waiver Or Change Of Policy Provision** are deleted and replaced by:

      5.  **Policy Changes**

        1.  This policy contains all of the agreements between **you** and **us**.  The terms of this policy may not be changed or waived except by endorsement issued by **us**.  **Our** request for an appraisal or examination under oath will not waive any of **our** rights.

    2. **We** will automatically give **you** the benefit of any extension or broadening of this edition of the policy if:

       a. the change does not require additional premiums; and

       b. the change is not implemented with a general revision that includes both the broadening and restriction of coverage.

C. item 8. **Nonrenewal**, the following is added:

    If **we** offer to renew or continue and **you** do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuous premium when due will mean that **you** have not accepted **our** offer.

D. item 12. **Premiums**, the following is added:

    The premiums **we** charge are based on the information provided by **you** on **your** application and other information **we** possess. **You** agree to help **us** obtain correct and complete information. **We** are permitted to adjust **your** premiums when this information changes.

All other provisions of the policy apply except as modified by this endorsement.

MPL 8041-000 Printed in U.S.A. 0600