*EXHIBIT "B"*

# MetLife® Auto & Home

Insured:        Fred D. Gray
Date of Loss:   February 10, 2004
Claim Number:   TAA99152 HT

| Item Description | Quantity | Brand | Model No. | Serial No. | Purchased Where | Purchased When | Purchase Price | Tax | Method of Payment Cash or Credit: | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 Personal Awards | | | | | | | | | | 30.00 | 180.00 |
| 1 Booker T. Washington Bronze Bust(Hathaway) | | | | | | | | | | 500.00 | 500.00 |
| 1 George Washington Carver Bronze Bust | | | | | | | | | | 500.00 | 500.00 |
| 1 Fred Gray Portrait (R. McDowell) | | | | | | | | | | 1000.00 | 1000.00 |
| 7 Doctoral Hoods | | | | | | | | | | 100.00 | 700.00 |
| 7 Doctoral Certificates/framed & engraved/12x15 | | | | | | | | | | 200.00 | 1400.00 |
| 6 Court certificates | | | | | | | | | | 125.00 | 750.00 |
| 250 Awards & plaques | | | | | | | | | | 100.00 | 25,000.00 |
| 300 copies-Bus Ride to Justice-books    (for sale) | | | | | | | | | | 20.00 | 6,000.00 |
| 1 Wooden antique rocking chair | | | | | | | | | | 200.00 | 200.00 |
| 100 copies-Tuskegee Syphillis Study-books  (for sale) | | | | | | | | | | 20.00 | 2,000.00 |
| 4 boxes personal family photos | | | | | | | | | | 250.00 | 1,000.00 |
| 1 TV/VCR combination | | | | | | | | | | 200.00 | 200.00 |
| 46 original 1st edition copies/Tuskegee Syphillis | | | | | | | | | | 30.00 | 1,380.00 |
| 60 VCR tapes of speeches & presentations | | | | | | | | | | 13.00 | 780.00 |
| 300 Assorted books/manuals | | | | | | | | | | 22.00 | 6600.00 |
| 100 copies/Alabama Lawyer magazine | | | | | | | | | | 5.00 | 500.00 |
| 1 Men's 2-piece suit | | | | | | | | | | 300.00 | 300.00 |
| 3 Long sleeve shirts | | | | | | | | | | 35.00 | 105.00 |
| 4 Jackets | | | | | | | | | | 75.00 | 75.00 |
| 1 Pair of shoes | | | | | | | | | | 200.00 | 200.00 |
| 200 Tapes & recordings of speeches/presentations | | | | | | | | | | 5.00 | 1000.00 |
| 4 Plats of subdivisions | | | | | | | | | | 40.00 | 160.00 |
| 4 Large potted plants | | | | | | | | | | 40.00 | 160.00 |

Submitted by: _____Fred D.Gray_____ Date Submitted: _____12-7-04_____

Signature: _____

1 of 3

MetLife Auto & Home is a brand of Metropolitan Property and Casualty Insurance Company and its Affiliates, Warwick, RI

MPL INVENTTHEFT

Printed In U.S.A  0698

7, 15, 16, 17, 22, 23, 26, 27, 37, 38, 42, 51, 52

# MetLife® Auto & Home

Insured:         Fred D. Gray
Date of Loss:    February 10, 2004
Claim Number:    TAA99152  HT

| Item Description | Quantity | Brand | Model No. | Serial No. | Purchased Where | Unit Price Purchased When | Total Price Purchase Price: | Tax | Method of Payment Cash or Credit: |
|---|---|---|---|---|---|---|---|---|---|
| 1  Radio | | | | | | 35.00 | 35.00 | | |
| 50  Title work/abstracts/surveys of Gray properties | | | | | | 100.00 | 5000.00 | | replacement |
| 4  Volumes of sermons | | | | | | 250.00 | 1000.00 | | |
| 3  clocks | | | | | | 35.00 | 105.00 | | |
| 3  sets of keys | | | | | | 50.00 | 150.00 | | |
| 3  safety deposit box keys | | | | | | 65.00 | 195.00 | | |
| 1  Lamp/engraved/Case Western University | | | | | | 250.00 | 250.00 | | |
| 1  Diamond stud tie pin | | | | | | 800.00 | 800.00 | | |
| 1  Pair/Diamond studded cuff links | | | | | | 400.00 | 400.00 | | |
| 24  Miller Great Calendars (1989) | | | | | | 25.00 | 600.00 | | |
| 12  Miller Great 12th Anniversary calendars | | | | | | 25.00 | 300.00 | | |
| 24  Miller Great calendars (2000-"Pillars") | | | | | | 25.00 | 600.00 | | |
| 50  Books of speeches (1954-2004) | | | | | | 50.00 | 2500.00 | | |
| 250  Mini cassette presentations | | | | | | 5.00 | 1250.00 | | |
| 1  Soaring Eagle Award | | ATLA | | Glass | | 2500.00 | 2500.00 | | |
| 1  War Horse Award (S.T. Lawers) | | STLA | | | | 1500.00 | 1500.00 | | |
| 1  War Horse Award (Jere Beasley) | | | | | | 1500.00 | 1500.00 | | |
| 1  Presidential papers/Alabama Bar Association | | | | | | 5000.00 | 5000.00 | | |
| 12  Prints - Lawyers for the Cause | | | | | | 10.00 | 120.00 | | |
| 4  Miller calendars (conference room) | | | | | | 25.00 | 100.00 | | |
| 3  Boxes of photos (childhood-2004) | | | | | | 1000.00 | 1000.00 | | |
| 3  Sets/nomination for Thurgood Marshall Award | | | | | | 1000.00 | 1000.00 | | |
| 1  Book nomination - NAACP Springarm Award | | | | | | 125.00 | 125.00 | | |
| 2  File drawers - personal records | | | | | | 200.00 | 400.00 | | |

Submitted by: ___Fred D. Gray___     Date Submitted: ___12-7-04___

Signature: _____

2 of 3

MetLife Auto & Home is a brand of Metropolitan Property and Casualty Insurance Company and its Affiliates, Warwick, RI

MPL INVENTTHEFT                          Printed in U.S.A  0698

# MetLife® Auto & Home

Fred D. Gray
of Loss:        February 10, 2004
im Number:   TAA99152 HT

| Item Description | Quantity | Brand | Model No. | Serial No. | Purchased Where | Purchased When | Purchase Price | Tax | Method of Payment Cash or Credit: |
|---|---|---|---|---|---|---|---|---|---|
| 2  Cameras | | | | | | 295.00 | 590.00 | | |
| 4  boxes of photographs (appx. 1200) conference room | | | | | | 1000.00 | 1000.00 | | |
| 400 Civil Rights files and index of Fred Gray(4-drawer file) | | | | | | 3.00 | 1200.00 | copy | costs |
| Fred Gray Civil Rights files: original materials used | | | | | | | | | |
| to document "Bus Ride to Justice" and "Tuskegee Syphillis | | | | | | | | | |
| Study" publications and 3rd publication in preparation | | | | | | | | | |
| along with drafts and rewrites of the two published | | | | | | | | | |
| books; civil rights litigation files and precedent- | | | | | | | | | |
| setting case files. | | | | | | | 232,000.00 | | |
| 5000 CLOSED FILES - HISTORICAL FILES | | | | | | 3.00 | 15,000.00 | copy | costs |
| Personal: a. Engagements Accepted, 1997-2003 | | | | | | | | | |
| b. Personal files, 1997-2003 | | | | | | | | | |
| c. Engagements rejected, 1997-2003 | | | | | | | | | |
| d. Inquiry files, 1997-2003 | | | | | | | | | |
| Civil Rights Files: | | | | | | | | | |
| Background files of Bus Ride to Justice | | | | | | | | | |
| Background files of Tuskegee Syphillis Study | | | | | | | | | |
| 10 expandable folders of newsworthy, up-to-date | | | | | | | | | |
| newspaper clippings | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Submitted by: _____Fred D.Gray_____    Date Submitted: ____12-7-04____

Signature: _____

3 of 3

MetLife Auto & Home is a brand of Metropolitan Property and Casualty Insurance Company and its Affiliates, Warwick, RI

MPL INVENTTHEFT                                                          Printed in U.S.A  0698