**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

March 29, 3006

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:   Metropolitan Property & Casualty Ins. Co. V. Fred D. Gray

Case No.:   3:06cv00244-DRB
            Document 1   Complaint

This Notice of Correction was filed in the referenced case this date to enter the pdf for Exhibit A and Exhibit B which were omitted when the complaint was filed. A copy of Exhibit A & B are attached to this Notice.