AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Metropolitan Property & Casualty Ins. Co.
Plaintiff
V.

**SUMMONS IN A CIVIL CASE**

Fred D. Gray
Defendanat

CASE NUMBER:   3:06cv244-DRB

TO: (Name and address of Defendant)

Fred D. Gray
1005 E. Lakeshore Drive
Tuskegee, AL 36083

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ralph D. Gaines, III
Gaines, Wolter & Kinney
3500 Blue Lake Drive, Suite 425
Birmingham, AL 35243

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              3/29/06

CLERK                                                          DATE

(By) DEPUTY CLERK