IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRED D. GRAY, )<br>)<br>Defendant. ) | Case No.: 06-244-B |

**FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**

COMES NOW the Plaintiff Metropolitan Property and Casualty Insurance Company and amends its Complaint for Declaratory Judgment as to Paragraph Four of the Complaint for Declaratory Judgment and states that the present action is filed pursuant to Rule 57 of the Federal Rules of Civil Procedure and 28 U.S.C. § 2201, et seq. The Complaint for Declaratory Judgment contained a typographical error in Paragraph Four wherein it referenced Rule 37 of the Federal Rules of Civil Procedure.

The Plaintiff realleges and reasserts all other paragraphs of its Complaint for Declaratory Judgment as if fully set out herein.

/s/Daniel S. Wolter
Ralph D. Gaines, III (GAI006)
Daniel S. Wolter (WOL012)
Attorney for Metropolitan Property
And Casualty Insurance Company

**OF COUNSEL:**

**GAINES, WOLTER & KINNEY, P.C.**
3500 Blue Lake Drive
Suite 425
Birmingham, AL 35243
(205) 980-5888 Phone
(205) 980-1098 Fax

<strong><u>CERTIFICATE OF SERVICE</u></strong>

  I hereby certify that on April 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Fred Gray
1005 E. Lakeshore Drive
Tuskegee, Alabama 36083

                 /s/Daniel S. Wolter _____
                 OF COUNSEL