# MetLife® Auto & Home

Insured: Fred D. Gray
Date of Loss: February 10, 2004
Claim Number: TAA99152 HT

| Item Description | Quantity | Brand | Model No. | Serial No. | Purchased Where | Purchased When | Purchase Price | Tax | Method of Payment Cash or Credit: | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 Personal Awards | | | | | | | | | | 30.00 | 180.00 |
| 1 Booker T. Washington Bronze Bust(Hathaway) | | | | | | | | | | 500.00 | 500.00 |
| 1 George Washington Carver Bronze Bust | | | | | | | | | | 500.00 | 500.00 |
| 1 Fred Gray Portrait (R. McDowell) | | | | | | | | | | 1000.00 | 1000.00 |
| 7 Doctoral Hoods | | | | | | | | | | 100.00 | 700.00 |
| 7 Doctoral Certificates/framed & engraved/12x15 | | | | | | | | | | 200.00 | 1400.00 |
| 6 Court certificates | | | | | | | | | | 125.00 | 750.00 |
| 250 Awards & plaques | | | | | | | | | | 100.00 | 25,000.00 |
| 300 copies-Bus Ride to Justice-books (for sale) | | | | | | | | | | 20.00 | 6,000.00 |
| 1 Wooden antique rocking chair | | | | | | | | | | 200.00 | 200.00 |
| 100 copies-Tuskegee Syphillis Study-books (for sale) | | | | | | | | | | 20.00 | 2,000.00 |
| 4 boxes personal family photos | | | | | | | | | | 250.00 | 1,000.00 |
| 1 TV/VCR combination | | | | | | | | | | 200.00 | 200.00 |
| 46 original 1st edition copies/Tuskegee Syphillis | | | | | | | | | | 30.00 | 1,380.00 |
| 60 VCR tapes of speeches & presentations | | | | | | | | | | 13.00 | 780.00 |
| 300 Assorted books/manuals | | | | | | | | | | 22.00 | 6600.00 |
| 100 copies/Alabama Lawyer magazine | | | | | | | | | | 5.00 | 500.00 |
| 1 Men's 2-piece suit | | | | | | | | | | 300.00 | 300.00 |
| 3 Long sleeve shirts | | | | | | | | | | 35.00 | 105.00 |
| 4 Jackets | | | | | | | | | | 75.00 | 75.00 |
| 1 Pair of shoes | | | | | | | | | | 200.00 | 200.00 |
| 200 Tapes & recordings of speeches/presentations | | | | | | | | | | 5.00 | 1000.00 |
| 4 Plats of subdivisions | | | | | | | | | | 40.00 | 160.00 |
| 4 Large potted plants | | | | | | | | | | 40.00 | 160.00 |

Submitted by: __Fred D. Gray__    Date Submitted: __12-7-04__

Signature: _[signature: Fred D. Gray]_

1 of 3

MetLife Auto & Home is a brand of Metropolitan Property and Casualty Insurance Company and Its Affiliates, Warwick, RI

MPL INVENTTHEFT                                          Printed in U.S.A 0698

7,15,16,17,22,23,26,27,37,38,42,51,52

# MetLife® Auto & Home

Insured:        Fred D. Gray
Date of Loss:   February 10, 2004
Claim Number:   TAA99152 HT

| Item Description | ~~Quantity~~ ~~Brand~~ ~~Model No~~ ~~Serial No~~ ~~Purchased Where~~ | | | | | Unit Price ~~Purchased When~~ | Total Price ~~Purchase Price~~ | ~~Tax~~ | Method of Payment Cash or Credit: |
|---|---|---|---|---|---|---|---|---|---|
| 1  Radio | | | | | | 35.00 | 35.00 | | |
| 50 Title work/abstracts/surveys of Gray properties | | | | | | 100.00 | 5000.00 | | replacement |
| 4  Volumes of sermons | | | | | | 250.00 | 1000.00 | | |
| 3  clocks | | | | | | 35.00 | 105.00 | | |
| 3  sets of keys | | | | | | 50.00 | 150.00 | | |
| 3  safety deposit box keys | | | | | | 65.00 | 195.00 | | |
| 1  Lamp/engraved/Case Western University | | | | | | 250.00 | 250.00 | | |
| 1  Diamond stud tie pin | | | | | | 800.00 | 800.00 | | |
| 1  Pair/Diamond studded cuff links | | | | | | 400.00 | 400.00 | | |
| 24 Miller Great Calendars (1989) | | | | | | 25.00 | 600.00 | | |
| 12 Miller Great 12th Anniversary calendars | | | | | | 25.00 | 300.00 | | |
| 24 Miller Great calendars (2000-"Pillars") | | | | | | 25.00 | 600.00 | | |
| 50 Books of speeches (1954-2004) | | | | | | 50.00 | 2500.00 | | |
| 250 Mini cassette presentations | | | | | | 5.00 | 1250.00 | | |
| 1  Soaring Eagle Award    ATLA | | | | | -Glass- | 2500.00 | 2500.00 | | |
| 1  War Horse Award (S.T. Lawers)  STLA | | | | | | 1500.00 | 1500.00 | | |
| 1  War Horse Award (Jere Beasley) | | | | | | 1500.00 | 1500.00 | | |
| 1  Presidential papers/Alabama Bar Association | | | | | | 5000.00 | 5000.00 | | |
| 12 Prints - Lawyers for the Cause | | | | | | 10.00 | 120.00 | | |
| 4  Miller calendars (conference room) | | | | | | 25.00 | 100.00 | | |
| 3  Boxes of photos (childhood-2004) | | | | | | 1000.00 | 1000.00 | | |
| 3  Sets/nomination for Thurgood Marshall Award | | | | | | 1000.00 | 1000.00 | | |
| 1  Book nomination - NAACP Springarm Award | | | | | | 125.00 | 125.00 | | |
| 2  File drawers - personal records | | | | | | 200.00 | 400.00 | | |

Submitted by: ____Fred D. Gray____   Date Submitted: __12-7-04__

Signature: _____[signature: Fred D. Gray]_____

MetLife Auto & Home is a brand of Metropolitan Property and Casualty Insurance Company and its Affiliates, Warwick, RI

MPL INVENTTHEFT                                                    Printed in U.S.A 0698

# MetLife® Auto & Home

Fred D. Gray
of Loss: February 10, 2004
aim Number: TAA99152 HT

| Item Description | Quantity | Brand | Model No. | Serial No. | Purchased Where | Purchased When | Purchase Price | Unit Price | Total Price | Tax | Method of Payment Cash or Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 Cameras | | | | | | | | 295.00 | 590.00 | | |
| 4 boxes of photographs (appx. 1200) conference room | | | | | | | | 1000.00 | 1000.00 | | |
| 400 Civil Rights files and index of Fred Gray (4-drawer file) | | | | | | | | 3.00 | 1200.00 | copy costs | |
| Fred Gray Civil Rights files: original materials used to document "Bus Ride to Justice" and "Tuskegee Syphillis Study" publications and 3rd publication in preparation along with drafts and rewrites of the two published books; civil rights litigation files and precedent-setting case files. | | | | | | | | | 232,000.00 | | |
| 5000 CLOSED FILES - HISTORICAL FILES | | | | | | | | 3.00 | 15,000.00 | copy costs | |
| Personal: a. Engagements Accepted, 1997-2003 | | | | | | | | | | | |
| b. Personal files, 1997-2003 | | | | | | | | | | | |
| c. Engagements rejected, 1997-2003 | | | | | | | | | | | |
| d. Inquiry files, 1997-2003 | | | | | | | | | | | |
| Civil Rights Files: | | | | | | | | | | | |
| Background files of Bus Ride to Justice | | | | | | | | | | | |
| Background files of Tuskegee Syphillis Study | | | | | | | | | | | |
| 10 expandable folders of newsworthy, up-to-date newspaper clippings | | | | | | | | | | | |

Submitted by: _____Fred D. Gray_____   Date Submitted: __12-7-04__

Signature: *Fred D. Gray*

3 of 3

MetLife Auto & Home is a brand of Metropolitan Property and Casualty Insurance Company and its Affiliates, Warwick, RI

MPL INVENTTHEFT                                    Printed in U.S.A 0698