**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                        TELEPHONE (334) 954-3600

April 14, 2006

## NOTICE OF REASSIGNMENT

RE:   Metropolitan Property Casualty Ins. Co. V. Fred Gray
       Civil Action No. 3:06cv00244-MHT

The above-styled case has been reassigned to Magistrate Judge Charles S. Coody as referral Judge.

Sincerely,

Sheryl K. Lent
Deputy Clerk