■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Fred D. Gray
1005 E. Lakeshore Drive
Tuskegee, AL 36083

2. Article Number
(Transfer from service label)

7005 1820 0002 3465 0160

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☒ Addressee

B. Received by (Printed Name)
Fred D. Gray

C. Date of Delivery
04-17-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3:04CV244
1st & 2nd Amd cmp.

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes