IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTICT COURT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, ) ) ) ) Plaintiff, ) ) V. ) ) FRED D. GRAY, ) ) Defendant. ) | CASE NO.: 3:06-cv-244-MHT |

### DEFENDANT'S MOTION TO DISMISS COMPLAINT, FIRST AMENDED COMPLAINT, AND SECOND AMENDED COMPLAINT OR IN THE ALTERNATIVE MOTION TO STAY

Comes now Fred D. Gray, by and through his undersigned counsel and requests this Honorable Court to dismiss the complaint, first amended complaint and second amended complaint or in the alternative, to stay this proceeding until the State case styled, *Fred D. Gray v. Metropolitan And Casualty Insurance Company, Charlie Hardy,* CV-2006-68, Macon County Circuit Court is concluded. In support of said motion, the Defendant asks the Court to consider the memorandum of law and exhibits to said memorandum of law. This case is due to be dismissed or stayed for the following reasons:

1.    There is a pending parallel State case that involves the same issues and this Court should use its discretion and dismiss or stay this matter.

2. The Plaintiff's complaint fails to state a claim from which relief can be granted.

                    Respectfully submitted,

                    _/s/ Stanley F. Gray_____
                    Stanley F. Gray (GRA053)
                    Gray, Langford, Sapp, McGowan,
                       Gray & Nathanson
                    Post Office Box 830239
                    Tuskegee, Alabama   36083-0239
                    (334) 727-4830
                    sgray@glsmgn.com

**CERTIFICATE OF SERVICE**

    I, hereby certify that I have served a true and correct copy of the foregoing instrument upon the following, via CM/ECF filing system, this the 8th day of May 2006:

Ralph D. Gaines, III, Esq.
Daniel S. Wolter, Esq.
Gaines, Wolter & Kinney, P. C.
3500 Blue Lake Drive
Suite 425
Birmingham, Alabama   35243
dsw@gwandlk.com
rdg2gwandlk.com

                                                       /s/ Stanley F. Gray
                                                     **OF COUNSEL**