IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| FRED D. GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CASE NO.: CV-2006- 68 |
| ) | |
| METROPOLITAN PROPERTY AND ) | |
| CASUALTY INSURANCE COMPANY, ) | |
| CHARLIE E. HARDY, As Agent ) | |
| For Metropolitan Property And ) | |
| Casualty Insurance Company, ) | |
| ) | |
| Defendants. | |

### REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS

Comes now Plaintiff, by and through his undersigned counsel and request the Defendants to produce the following documents:

1. All claims files relating to the Plaintiff.

2. The claims adjuster's file.

3. The investigative files relating to the Plaintiff.

4. The underwriting file relating to the Plaintiff.

5. All policy files relating to the Plaintiff.

6. All files dealing with each policy issued to Plaintiff by this Defendant.

7. All policies issued to Plaintiff by this Defendant as well as any applications.

8. All documents showing any of Plaintiff's policies that were ever canceled or lapsed.

9. Names, addresses, and positions of each person with this Defendant who in any way worked with Plaintiff's policy, claim, or underwriting.

**EXHIBIT B**

10. All promotional and/or sales literature explaining the type of policy that was sold to Plaintiff that has ever been available by or through this Defendant.

11. All electronic communications (computer or otherwise) including emails of Defendants concerning Plaintiff's policy and claims.

12. All documents in the investigation file on the Plaintiff in regard to the claims that are the subject of this lawsuit.

13. All audio tapes, video tapes, brochures, seminar materials, sales promotional packages, and other written or printed documents or materials relating to the marketing, claims procedures, and/or underwriting procedures of insurance policies like that sold to Plaintiff.

14. A copy of all lawsuits filed against this Defendant which involves allegations of breach of contract, bad faith, or other wrongdoing on this policy type for the State of Alabama since this policy type has been available.

15. All diaries, log, list, notes, etc., of the Defendants which reference the Plaintiff's claims, which are the subject of this lawsuit.

16. All correspondence between this Defendant and the Insurance Department for the State of Alabama concerning any informal or formal complaints or lawsuits on this policy type.

17. A copy of any formal or informal complaints that have been filed or lodged against this Defendant with any state or federal governmental entity on this policy type since its been available.

18.   The resume and/or curriculum vitae of each expert you expect to testify at trail and any reports with all required supporting data received from each expert in compliance with the Rules of Civil Procedure.

19.   All correspondence or conversations between the Plaintiff or any family member and any Defendant, including any tape recordings or transcriptions.

20.   All correspondence, e-mails, records, insurance policies, endorsements, applications, receipts, telephone logs, phone recordings, phone transcriptions or memoranda, documents, memoranda, computer printouts, statements, or printable information from the Defendants' computers at any office which pertains in any way to Plaintiff or mentions the Plaintiffs' name or claim.

21.   All notes or transcribed recording of any telephone or other type of conversation between any Defendant and Plaintiff.

22.   The entire company file dealing with the Plaintiff.

23.   All policies ever issued to the Plaintiff.

24.   All checks or drafts ever written to the Plaintiff.

25.   All documents evidencing all premiums paid by Plaintiff.

26.   All documents, including applications, that have a signature on them that appear to be that of the Plaintiff.

27.   Any documents that this Defendant claims to have been executed by the Plaintiff.

28.   All documents which this Defendant intends to introduce as exhibits at the trial of this case.

29.   Any statements taken from anyone regarding this case.

30.     A copy of the statement under oath of the Plaintiff taken on or about December 28, 2005.

                        Respectfully submitted,

                        */s/ Walter E. McGowan*
                        Walter E. McGowan(MCG016)

                        */s/ Stanley F. Gray*
                        Stanley F. Gray (GRA053)

                        Gray, Langford, Sapp, McGowan,
                        Gray & Nathanson
                        Post Office Box 830239
                        Tuskegee, Alabama 36083-0239
                        (334) 727-4830

                        **Attorneys for Plaintiff**

**This document is to be served along with the Complaint on the Defendants at the following addresses:**

Metropolitan Property and Casualty Insurance Company
The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

Charlie E. Hardy
Metlife Financial Services
502 Fonville Street
Tuskgee, Alabama 36083