| State of Alabama<br>Unified Judicial System<br>Form C-25   Rev. 8/97 | **APPLICATION, AFFIDAVIT, AND<br>ENTRY OF DEFAULT** | Case Number<br>**CV 06-68** |
|---|---|---|

IN THE _____**Circuit**_____ COURT OF _____**Macon**_____, ALABAMA
   (Circuit or District)                                      (Name of County)

_____**Fred D. Gray**_____ v. Charlie Hardy, Agent for Metropolitan Property and Casualty Ins. Co.
   Plaintiff                                                              Defendant

☐ I, affiant, request that the ☑ clerk of court, or ☐ judge enter a default judgment against the above-named defendant,* in the above case for the defendant(s)' failing to plead, answer, or otherwise defend.

*Separate form shall be completed for each defendant in cases involving multiple defendants.

Signed _____

The affiant, **Stanley F. Gray**, being duly sworn, states as follows:

1. That the affiant has personal knowledge of the facts set forth in this affidavit.
2. That the defendant was served with a summons and a copy of the Statement of Claim/Complaint on (date) **March 24, 2006**.
3. That more than **30** days have elapsed since the defendant was served with a summons and a copy of the Statement of Claim/Complaint.
4. That the defendant has failed to answer or otherwise defend against the plaintiff's claim/complaint.
5. That this affidavit is executed by the affiant in accordance with Rule 55(a) of the Alabama Rules of Civil Procedure, for the purpose of enabling the plaintiff to obtain an entry of default against the defendant, for the defendant's failing to answer or otherwise defend against the plaintiff's claim/complaint.
6. That the defendant is not an infant or an incompetent person, and there has been no violation of the provisions of Chapter 19, Title 5, *Code of Alabama 1975*.
7. Judgment Conditions: ☐ with ☐ without waiver of exemptions.
8. That the amount of money claimed by the defendant to the plaintiff is
   ☑ THE SUM OF   $ **282,000**, which is to be determined as follows:
   Principal Balance  $ **282,000**
   Interest           $ _____
   Attorney Fee       $ _____ (if requesting attorney's fees, it must be determined by the judge, not the clerk).
   (If provided by contract, note or law)

☐ SPECIFY PROPERTY (Describe on a separate sheet of paper, property of which the plaintiff demanded right to possession from the defendant in the claim/complaint).

9. The affiant requests entry of judgment: ☐ By the Court
                                             ☑ By the Clerk

Sworn To and Subscribed Before Me This

Date: **4/28/06**

Notary's Signature _____ NOTARY Title

Affiant _____**Stanley F. Gray**_____

My Commission Expires: **08/17/09**

Entry of default entered against the defendant, _____

Date _____   Judge/Clerk _____

Default judgment is hereby rendered against the defendant in the amount of $ _____

Date _____   Judge/Clerk _____

* Separate form shall be completed for each defendant in cases involving multiple defendants.

# EXHIBIT E