IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, ) ) ) ) Plaintiff, ) ) v. ) ) FRED D. GRAY, ) ) Defendant. ) | Case No.: 3:06 CV 244-MHT |

NOTICE OF APPEARANCE

COME NOW the undersigned, Davis A. Barlow of Gaines, Wolter & Kinney, P.C., and respectfully enters his name as counsel of record for Metropolitan Property and Casualty Insurance Company in the above styled action.

This the 9th day of May, 2006.

/s/Davis A. Barlow
Ralph D. Gaines, III (GAI006)
Daniel S. Wolter (WOL012)
Davis A. Barlow (BAR124)
Attorneys for Metropolitan Property
and Casualty Insurance Company

OF COUNSEL:

GAINES, WOLTER & KINNEY, P.C.
3500 Blue Lake Drive
Suite 425
Birmingham, AL 35243
(205) 980-5888 Phone
(205) 980-1098 Fax

**CERTIFICATE OF SERVICE**

      I hereby certify that on <u>May 9, 2006</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stanley F. Gray
Gray, Langford, Sapp, McGowen,
Gray & Nathanson
P.O. Box 830239
Tuskegee, Alabama 36083-0239

                                          /s/ Davis A. Barlow
                                          OF COUNSEL