IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

METROPOLITAN PROPERTY        )
and CASUALTY INSURANCE       )
COMPANY,                     )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )    3:06cv244-MHT
                             )
FRED D. GRAY,                )
                             )
    Defendant.               )

                            ORDER

It is ORDERED that the motion to dismiss and alternative motion to stay (doc. no. 11) are set for submission, without oral argument, on May 31, 2006, with all briefs due by said date.

DONE, this the 16th day of May, 2006.

                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE