IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 3:06 CV 244-MHT ) |
| FRED D. GRAY, | ) ) |
| Defendant. | ) |

**JOINT STIPULATION FOR DISMISSAL**

COME NOW the parties in the above referenced matter, by and through their undersigned counsel of record, and move this Court by joint stipulation to dismiss this action against all parties, with prejudice, costs taxed as paid.

Respectfully submitted, this 22nd day of August, 2007.

Ralph D. Gaines, III
Daniel S. Wolter
Attorney for Metropolitan Property
And Casualty Insurance Company

OF COUNSEL:

GAINES, WOLTER & KINNEY, P.C.
3500 Blue Lake Drive
Suite 425
Birmingham, AL 35243
(205) 980-5888 Phone
(205) 980-1098 Fax

_____
Stanley F. Gray
Attorney for Fred D. Gray

**OF COUNSEL:**

Gray, Langford, Sapp, McGowan,
  Gray, Gray & Nathanson
Post Office Box 830239
Tuskegee, Alabama 36083-0239