IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:06 CV 244-MHT |
| FRED D. GRAY, | ) |
| Defendant. | ) |

## ORDER

Upon the motion made jointly by the parties involved, to dismiss the above-styled case against all defendants, it is the opinion of the Court that the same is due to be, and hereby is, GRANTED.

Accordingly, it is hereby, ORDERED, ADJUDGED and DECREED that the above- styled case is hereby DISMISSED with PREJUDICE, costs taxed as paid.

Done and ordered this ____ day of _____, 2007.

_____
Circuit Court Judge